**United States Bankruptcy Court**
Western District of NY

In re    Eastern Niagara Hospital, Inc.

                   Debtor(s)

Case No.

Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President & CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    11/7/19

_Anne E. McCaffrey_
Anne E. McCaffrey/President & CEO
Signer/Title

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 1-19-12342-CLB,    Doc 1-5,    Filed 11/07/19,    Entered 11/07/19 17:06:12,
Description: Creditors Matrix with Certification, Page 1 of 32

1199 SEIU Regional Pension Fund
2421 Main Street
Suite 100
Buffalo, NY 14214

1199 SEIU United Healthcare Workers East
310 West 43rd Street
New York, NY 10036

Aaron Dautch Sternberg & Lawson
43 Court Street
730 Convention Tower
Buffalo, NY 14202

Abbott Laboratories, Inc.
100 Abbott Park Road
North Chicago, IL 60064

Abbott Nutrition
PO Box 182076
Columbus, OH 43218

Ability Network Inc.
Dept Ch 16577
Palatine, IL 60055-6577

ACC Business
PO Box 1930
Buffalo, NY 14240-1930

Ace Mechanical Services LLC
4568 Bailey Avenue
Buffalo, NY 14226

Advanced Medical Physics PLLC
840 Aero Drive, Suite 150
Buffalo, NY 14225

Advanced Technology Recycling

Advantage Flooring & Tile
2 Wendling Court
Lancaster, NY 14086

Aesculap
3773 Corporate Parkway
Center Valley, PA 18034

AHC Media LLC
PO Box 74008620
Chicago, IL 60674-8620

Alco Sales & Service
6851 High Grove Boulevard
Willowbrook, IL 60527

ALCON
6201 South Freeway
Fort Worth, TX 76134-2099

Alcon Laboratories Inc.
PO Box 99004
Fort Worth, TX 76134

Alimed Inc.
297 High Street
Dedham, MA 02026

All State Fire Equipment of WNY

Allosource
6278 South Troy Circle
Englewood, CO 80111

Alpha Tec Systems Inc.
12019 NE 99th Street
PO Box 5435
Vancouver, WA 98668-5435

Ambu Inc.
6740 Bayview Drive
Glen Burnie, MD 21060

American IV
7485 Shipley Avenue
Harmans, MD 21077

American Red Cross
PO Box 33093
Newark, NJ 07188-0093

Amherst Cleaning Services

AMN Healthcare Inc.
2735 Collection Centre Drive
Chicago, IL 60693

AMO Sales and Service Inc.
1700 East St. Andrew Place
Santa Ana, CA 92705

Amwins Group Benefits Inc.
50 Whitecap Drive
North Kingstown, RI 02852

AnyBattery Inc
PO Box 312
Rosemount, MN 55068

Applied Medical
22872 Aventia Impressa
Rancho Santa Margarita, CA 92688

Argon Medical Devices
3600 SW 47th Avenue
Gainesville, FL 32608

Arjo Inc.
2349 West Lake Street
Addison, IL 60101

Armored Access Inc.
4429 Union Road
Buffalo, NY 14225

Armstrong Medical Ind. Inc.
575 Knightsbridge Parkway
Lincolnshire, IL 60069-0700

Arrow International Inc.
2400 Bernville Road
Reading, PA 19605

Arthrex Inc.
1370 Creekside Boulevard
Naples, FL 34108

Ascend Capital
1400 Industrial Way
Redwood City, CA 94063

ASR Systems Group Inc.
100 Commerce Boulevard
Liverpool, NY 13088

AT&T
PO Box 9001310
Louisville, KY 40290-1310

Auditz LLC
33206 Collection Center Drive
Chicago, IL 60693-0331

Avanos Medical Inc.
5405 Windward Parkway
Suite 100 South
Alpharetta, GA 30004

Avantik

Award Equipment Co. Inc.
1774 Brant Road
North Collins, NY 14111

Bard Access Systems
5425 West Amelia Earhart Drive
Salt Lake City, UT 84116

Bard Medical Division
8195 Industrial Boulevard
Covington, GA 30014

Bard Peripheral Vascular (IMPRA)
1156 West Southern Avenue
Tempe, AZ 85282

Barsuk, David
2337 Main Road
East Pembroke, NY 14056

Baxter Healthcare Corp.
PO Box 33037
Newark, NJ 07188-0037

Bayer Healthcare
1 Bayer Drive
Indianola, PA 15051-0780

Beatty Marketing & Sales, Inc.
9345 151st Avenue NE
Redmond, WA 98052-3515

Beaver Visitec International Inc.
411 Waverley Oaks Road
Waltham, MA 02452

Becton Dickinson (BD)
One Becton Drive
Franklin Lakes, NJ 07417

Beekley Corporation
One Prestige Lane
Bristol, CT 06010

Beney, M.D., P.C., Christopher
31 Bob-O-Link Lane
Lockport, NY 14094

Benistar
100 Grist Mill Road
Simsbury, CT 06070

Best Buy Government and Education
7601 Penn Avenue S
Minneapolis, MN 55423

BHS Foodservice Solutions
375 Commerce Drive
Buffalo, NY 14226

Bio-Rad Laboratories
9500 Meronimo Road
Irvine, CA 92618-2017

BioServ
10 Gramar Avenue
Prospect, CT 06712

Biotek Services Inc.
5310 South Laburnum Avenue
Henrico, VA 23231

Blackburn's Specialty Products
301 Corbett Street
Tarentum, PA 15084

Blue Cross Blue Shield of WNY
Senior Blue
PO Box 644362
Pittsburgh, PA 15264-4362

Bond, Schoeneck & King PLLC
200 Delaware Avenue, Suite 900
Buffalo, NY 14202-2107

Boston Scientific Corporation
100 Boston Scientific Way
Marlborough, MA 01752

Boulevard Produce
655 Young Street
Tonawanda, NY 14150

Bracco Diagnostics
PO Box 5250
Princeton, NJ 08543-5250

Bridgehead Software Inc.
400 West Cummings Park
Suite 6050
Woburn, MA 01801

BSC Medical
200 Fifth Avenue, Suite 3020
Waltham, MA 02451

Buffalo Alarm Inc.
1325 Millersport Highway
Suite 109
Buffalo, NY 14221

Buffalo Hospital Supply
4039 Genesee Street
Buffalo, NY 14225

Buffalo Materials Handling Corp.


Buffalo Pharmacies
1479 Kensington Street
Buffalo, NY 14215

Buffalo Protection & Investigation
603 Division Street, Suite 30
North Tonawanda, NY 14120

Buffalo Synapse Support LLC
609 Ridge Road
Buffalo, NY 14218

Building Specialties
675 Duke Road
Cheektowaga, NY 14225-5196

Byrne Dairy, Inc.
2394 U.S. Route 11
La Fayette, NY 13084-0176

Canon Financial Services, Inc.
158 Gaither Drive
Mount Laurel, NJ 08054

CaptureNet
4835 East Cactus Road
Suite 430
Scottsdale, AZ 85254

CardiacDirect
5963 Olivas Park Drive
Suite F
Ventura, CA 93003

Cardinal Health
PO Box 13862
Newark, NJ 07188-0862

Cardinal Health - Syracuse Division
6012 Molloy Road
Syracuse, NY 13211-4864

Cardinal Health Optifrieght
PO Box 13862
Newark, NJ 07188

Carestream Health Inc.
150 Verona Street
Rochester, NY 14608

Cash Register Sales Services
2501 Union Road
Buffalo, NY 14227

CBCS


CDW Government Inc.
200 N Milwaukee Avenue
Vernon Hills, IL 60061

Change Healthcare Technology
5994 Windward Parkway
Alpharetta, GA 30005

Chem-Aqua
PO Box 152170
Irving, TX 75015

Choice Spine
400 Erin Drive
Knoxville, TN 37919

Cincinnati Sub Zero
12011 Mosteller Road
Cincinnati, OH 45241

City Treasurer
One Locks Plaza
Lockport, NY 14094

Civil Service Employees Association, Inc
Local #1000, AFSCME, AFL-CIO
 on behalf of Local #716
143 Washington Street
Albany, NY 12210

Clark Patterson Lee
205 St. Paul Street, Suite 500
Rochester, NY 14604

Clean Textiles Systems LP
40 51st Street
Pittsburgh, PA 15201

Clerk, M.D., Harnath
2610 Williams Street
Newfane, NY 14108

Clinical Equipment Services CNY
8417 Oswego Road
Baldwinsville, NY 13027

Community Computer Service Inc.
15 Hulbert Street
Auburn, NY 13021

Conjerti Moving Co LLC
4536 Kayner Road
Gasport, NY 14067

Conmed Corporation
525 French Road
Utica, NY 13502

Connect Life
444 Bryant and Stratton Way
Buffalo, NY 14221

Cook Medical Incorporated
925 South Currey Pike
Bloomington, IN 47401

Coopersurgical
95 Corporate Drive
Trumbull, CT 06611

Core Sound Imaging Inc.
7000 Six Forks Road
Suite 102
Raleigh, NC 27615

CRS Nuclear Services LLC
840 Aero Drive, Suite 150
Buffalo, NY 14225

Culligan Water Conditioning
31 Lewis Road
Akron, NY 14001

Cummins Northeast

Davis-Ulmer Sprinkler Co.
Attn: Dennis Metz
One Commerce Drive
Buffalo, NY 14228-2395

Davol
100 Crossings Boulevard
Warwick, RI 02886

DE Soutter Medical USA Inc.
224 Rolling Hill Road
Suite 12A
Mooresville, NC 28117

Dex Media
PO Box 64809
Baltimore, MD 21264-4809

Diagnostic Solutions
11343 Bloom Road
Garrettsville, OH 44231

Diamond Healthcare Communications
231318 Momentum Place
Chicago, IL 60689-5311

Direct Energy Business
Attn: Customer Relations
1001 Liberty Avenue
Pittsburgh, PA 15222

Diversatek Healthcare Inc.
102 E. Keefe Avenue
Milwaukee, WI 53212

Diversified Services
2900 Delaware Avenue
Buffalo, NY 14217

Dobmeier Janitor Supply Inc.
354 Englewood Avenue
Buffalo, NY 14223

Draeger Inc.
3135 Quarry Road
Telford, PA 18969

DrFirst.com Inc.
9420 Key West Avenue
Suite 230
Rockville, MD 20850

Dutch Opthalmic USA
10 Continental Drive Bldg 1
Exeter, NH 03833

Eastern Great Lakes Pathology
PO Box 815
Niagara Falls, NY 14303

Eastern Niagara Svcs Organization
5875 Transit Road
Lockport, NY 14094

Eastern Vacuum and Compressor Svcs
4570 Middle Road
Rushville, NY 14544

EcoLab Institutional
PO Box 905327
Charlotte, NC 28290-5327

Ehrlich Co. Inc.
2916 Walden Avenue, Suite 300
Depew, NY 14043-2610

EM Cahill Company Inc.
519 South Wilber Avenue
Syracuse, NY 13204

EMC Corporation
176 South Street
Hopkinton, MA 01748

Environmental Service Group (NY)
177 Wales Avenue
Tonawanda, NY 14150

Environmental Services Group (NY)
177 Wales Avvenue
Tonawanda, NY 14150

ESCAN
33206 Collection Centrer Drive
Chicago, IL 60693-0331

Esolutions
WS#165
PO Box 414378
Kansas City, MO 64141-4378

Evans Bank, N.A.
1 Grimsby Drive
Hamburg, NY 14075

Evoqua Water Technologies LLC
Attn: Legal Department
181 Thorn Hill Road
Warrendale, PA 15086

Federal Express Co.
199 Aero Drive
Buffalo, NY 14225

FFF Enterprises
41093 County Center Drive
Temecula, CA 92591

Fibertech Medical USA LLC
1533 Monument Street
Concord, MA 01742-5325

First Databank


Fisher Healthcare
4500 Turnberry Drive
Hanover Park, IL 60133

Flaschner, M.D., Steven
770 Davison Road
Lockport, NY 14094

Flex Operating Room LLC
1175 Pittsford Victor Road
Suite 140
Pittsford, NY 14534

Flint Brothers
2769 Main Street
Newfane, NY 14108

Ford Credit
Attn: Customer Service Center
P.O. Box 542000
Omaha, NE 68154-8000

FormFast Inc.
13421 Manchester Road
Suite 208
Saint Louis, MO 63131

Fortec Litho NY, LLC
10125 Wellman Road
Streetsboro, OH 44241

Fresenius Kabi LLC
25476 Network Place
Chicago, IL 60673-1254

Fresenius USA Marketing Inc.
920 Winter Street
Waltham, MA 02451-1457

FTS Management Inc.
7475 N Clare Avenue
PO Box 800
Harrison, MI 48625

Garfunkel Wild PLC
111 Great Neck Road
Great Neck, NY 11021

GE Healthcare
101 Carnegie Center
Princeton, NJ 08540

Gerster Trane
45 Earhart Drive
Suite 103
Buffalo, NY 14221

Getinge USA Sales LLC
45 Barbour Pond Drive
Wayne, NJ 07470

Gorenflo's Buffalo Wholesale Lock
1349 Main Street
Buffalo, NY 14209

Grainger Inc.
50 McKesson Parkway
PO Box 234
Buffalo, NY 14225-5116

Great Lakes Hospital

Great Lakes Surgical Inc.
14200 W Greenfield Avenue
Brookfield, WI 53005

Guardian
PO Box 8500 5160
Philadelphia, PA 19178-5160

Hardy Diagnostics
1430 W McCoy Lane
Santa Maria, CA 93455

Haroon, M.D., Muneeb
822 Davison Road
Lockport, NY 14094

Harris Beach PLLC
99 Garnsey Road
Pittsford, NY 14534

Health Care Logistics, Inc.
PO Box 25
Circleville, OH 43113

Health Care Technology
200 Butterfield Drive
Ashland, MA 01721

Health Facility Assessment Fund

Health System Services
6867 Williams Road
Niagara Falls, NY 14304

Health Wear of WNY
3 Peuquet Parkway
Tonawanda, NY 14150-2413

Healthbanks


Healthcare Association NYS Inc.
PO Box 5535 GPO
New York, NY 10087-5535

Healthmark Industries
3080 Momentum Place
Chicago, IL 60689-5330

Herschell, Suzanne


HLS Healthcare Logistics Sys. LLC


Hologic Limited Partnership
250 Campus Drive
Marlborough, MA 01752

Hoot LLC
54 Bridlewood Drive
Lockport, NY 14094

Howard P. Schultz & Associates
360 Delware Avenue, Suite 200
Buffalo, NY 14202-1600

ICAD Inc.
98 Spitbrook Road
Suite 100
Nashua, NH 03062

Immucor Inc.
3130 Gateway Drive
Norcross, GA 30091-5625

Imperial Door Controls Inc.
85 Oriskany Drive
Tonawanda, NY 14150

Independent Health Association
Dept 264
PO Box 8000
Buffalo, NY 14267-0002

Infusystem
11130 Strang Line Road
Lenexa, KS 66215

Inhealth Technologies
1110 Mark Avenue
Carpinteria, CA 93013-2918

Inland Northwest Health Services Inc.
601 West 1st Avenue
Spokane, WA 99201

Integra
311 Enterprise Drive
Plainsboro, NJ 08536

Intelligent Medical Objects

Interface People
2274 Rockbrook Drive
Lewisville, TX 75067

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

International Union, United Automobile,
Aerospace and Agricultural Implement
Workers of America, UAW Local 55
35 George Karl Boulevard, Suite 300
Buffalo, NY 14221

Interstate All Battery Center
7808 Transit Road
Buffalo, NY 14221

Intuitive Surgical Inc.
1266 Kifer Road
Sunnvale, CA 94086-5206

J & J Health Care Systems
425 Hoes Lane
Piscataway, NJ 08855-6800

J.H. Dodman Meat Co.
116 Michigan Avenue
Buffalo, NY 14204

Jacob Kern and Sons Inc.
56 Nicholls Street
Lockport, NY 14094

James W. Danforth Co.
2100 Colvin Boulevard
Tonawanda, NY 14150

Jehrio, M.D. P.C., Gregory T.
52 Bonner Drive
Lockport, NY 14094

John W. Danforth Co.
2100 Colvin Boulevard
Tonawanda, NY 14150

Johnson Controls Fire Protection


Johnston Paper Co. Inc.
2 Eagle Drive
Auburn, NY 13021

Joseph Glickman & Associates
94 Broadmoor Drive
Tonawanda, NY 14150

Kaleida Health Dept of Finance
726 Exchange Street
Suite 200
Buffalo, NY 14210

Kaleida Health Patient
726 Exchange Street, Suite 300
Buffalo, NY 14210

Karl Storz Capital
1111 Old Eagle School Road
Wayne, PA 19087

Karl Storz Endoscopy American
91 Carpenter Hill Road
Charlton, MA 01507

KCI USA
PO Box 301557
Dallas, TX 75303-1557

Keystone Medical Services
Crescent Center
6075 Poplar Avenue, Suite 401
Memphis, TN 38119

Kinney Services Inc.


Kirwan Surgical
180 Enterprise Drive
Marshfield, MA 02050

Koester Associates Inc.
RR#5, Box 620
Suite 7 Madison Boulevard
Canastota, NY 13032

Korff Electric, Inc.
60 Market Street
Lockport, NY 14094

Laboratory Corp America Holdings
PO Box 12140
Burlington, NC 27216-2140

Language Services Associates
455 Business Center Drive
Suite 100
Horsham, PA 19044

Laser Solutions
PO Box 642
Lockport, NY 14095

Lawns Unlimited Landscaping
2344 Hess Road
Appleton, NY 14008

Life Gas
10 Arrowhead Lane
Cohoes, NY 12047

Life Instrument Corporation
91 French Avenue
Braintree, MA 02184

Lifenet Health
PO Box 79636
Baltimore, MD 21279-0636

Linde LLC

Lineage
150 Lawrence Bell Drive
Suite 100
Buffalo, NY 14221

Linstar Inc.
430 Lawrence Bell Drive
Buffalo, NY 14221-7085

Localedge
PO Box 25934
Lehigh Valley, PA 18002-5934

Lockport Journal
170 East Avenue
Lockport, NY 14094

LSA Video Inc.
455 Business Center Drive
Suite 100
Horsham, PA 19044

M Carter Decor / Abbey Carpet
360 West Avenue
Lockport, NY 14094

Macro Helix LLC
PO Box 742256
Atlanta, GA 30374-2256

Mader Construction
970 Bullis Road
PO Box 420
Elma, NY 14059

Mailfinance

Mainline Medical, Inc.
3250-J Peachtree Corners Circle
Elma, NY 14059

Manna Refrigeration Service Inc.

Mar Cor Purification
4450 Township Line Road
PO Box 1429
Skippack, PA 19474-1429

Marketlab Inc.
6850 Southbelt Drive SE
Caledonia, MI 49316-7680

Masimo
40 Parker
Irvine, CA 92618-1604

MaxMD
2200 Fletcher Avenue, Suite 506
Fort Lee, NJ 07024-5063

McKesson Medical-Surgical Inc.
8741 Landmark Road
Henrico, VA 23228

McMaster-Carr Supply Co.
PO Box 94930
Cleveland, OH 44101-4930

Med-Label
4 Briarhurst Drive
Flanders, NJ 07836

Medcom Solutions Inc.
1010 Ohio River Boulevard
Suite 200
Pittsburgh, PA 15202

Medi-Dose Inc.
70 Industrial Drive
Warminster, PA 18974

Media Displays Inc.
109 S Main Street, Box 434
Harrisville, PA 16038

Medical Information Technology, Inc.
Meditech Circle
Westwood, MA 02090

Medical Liability Mutual
8 British American Boulevard
Latham, NY 12110-1415

Medivators Incorporated
14605 28th Avenue North
Minneapolis, MN 55447

Medline Industries Inc.
One Medline Place
Mundelein, IL 60060

MedPipe

Medtox Laboratories Inc.
402 West Country Road D
Saint Paul, MN 55112-3597

Medtronic
710 Medtronic Parkway
Minneapolis, MN 55432-5604

Memorial Blood Centers
737 Pelham Boulevard
Saint Paul, MN 55114

Merit Medical Systems Inc.
1600 West Merit Parkway
South Jordan, UT 84095

Merry X-Ray Inc.
133 Industry Drive
RIDC West
Pittsburgh, PA 15275

Messer North America
200 Somerset Corporate Boulevard
Suite 7000
Bridgewater, NJ 08807

Metrodata Inc.
403 Main Street, Suite 624
Buffalo, NY 14203

Micro Focus Software Inc.

Microsurgical Technology
8415 154 Avenue NE
Redmond, WA 98052

Microtek Medical Inc.
PO Box 2487
Columbus, MS 39704-2487

Midland States Bank
7700 Bonhomme Avenue, Suite 300
Saint Louis, MO 63105

Midstate Bakery Distributors, Inc.
PO Box 23354
Rochester, NY 14692

Milligray & Associates
2141 Williston Heights
Marilla, NY 14102-9717

Mindray DS USA Inc.
1300 MacArthur Boulevard
Mahwah, NJ 07430

Mirion Technologies Inc.
PO Box 19536
Irvine, CA 92623

Misonix Inc.
1938 New Highway
Farmingdale, NY 11735

MJ Mechanical Services, Inc.
2040 Military Road
Tonawanda, NY 14150

Mobile Digital Imaging
2795 Genesee Street
Buffalo, NY 14225

Modern Disposal Services, Inc.
PO Box 209
Model City, NY 14107

Mohawk Hospital Equipment Inc.
335 Columbia Street
Utica, NY 13503

Montondo's Seafood Inc.
201 East Avenue
Lockport, NY 14094

Mortan Inc.
PO Box 8719
Missoula, MT 59807

Muirhead Co. Inc., B J
115 Mid County Drive
Orchard Park, NY 14127

Murphy TV & Appliances
6300 South Transit Road
Lockport, NY 14094

Musculoskeletal Transplant Foundation
125 May Street, Suite 300
Edison, NJ 08837

MYCO Instrumentation Inc.
21507 State Route 410E
Suite B
Bonney Lake, WA 98391

National Grid
PO Box 11742
Newark, NJ 07101-4742

NCB Medical Coding Specialists Inc.
8975 Main Street
Clarence, NY 14031

New England Medical Specialists
PO Box 329
354 Old Whitfield Street
Guilford, CT 06437

New York State Electric & Gas Corp.
PO Box 5550
Ithaca, NY 14852-5550

Newcomer Supply
2505 Parview Road
Hayesville, IA 52562

Niagara Falls Memorial Med Centre
621 Tenth Street
Niagara Falls, NY 14302

Niagara Frontier Equipment Sales
4060 Lake Avenue
Lockport, NY 14094

Nuance Communications
One Wayside Drive
Burlington, MA 01803

NY Imaging
1 D'Alfonso Road
Newburgh, NY 12550

NYS Attorney General
Office of the Attorney General
The Capitol
Albany, NY 12224-0341

NYS Dept of Taxation & Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300

NYS Unemployment Insurance
PO Box 4301
Binghamton, NY 13902-4301

NYSDEC - PBS Unit


NYSNA


Office Ally


Ohio Medical Corporation
1111 Lakeside Drive
Gurnee, IL 60031-4099

Olympus America Inc.
8370 Dow Circle
Strongsville, OH 44136-1794

Omnicell Inc.
1201 Charleston Road
Mountain View, CA 94043

Optum
PO Box 27116
Salt Lake City, UT 84127

Organogenesis Inc.
150 Dan Road
Canton, MA 02021

Ortho Clinical Diagnostic
100 Inigo Creek
Rochester, NY 14626-0871

Ozark Biomedical, LLC
1001 Commerce Place
Beebe, AR 72012

Pacific Medical Supply
Attn: Accounts Receivable
33047 Calle Aviador, Suite C
San Juan Capistrano, CA 92675

Pandion Optimization Alliance
3445 Winton Place, Suite 222
Rochester, NY 14623-2950

Pantheon Capital LLC
Crossroads Corporate Center
1 International Boulevard, Suite 410
Mahwah, NJ 07495

Paper Direct, Inc.
PO Box 2933
Colorado Springs, CO 80901-2933

Paradigm Spine LLC
505 Park Avenue, 14th Floor
New York, NY 10022

Partssource, LLC
1930 Case Parkway North
Twinsburg, OH 44087

Patterson Medical
PO Box 5071
Bolingbrook, IL 60440

PB Connection Sales Corp.


PC Connection Inc.
730 Milford Road
Merrimack, NH 03054

Peak-Ryzex Inc.
10330 Old Columbia Road
Columbia, MD 21046

Pediatric Cardiology Assoc. of WNY
936 Delaware Avenue, Suite 100
Buffalo, NY 14209

PEF (SEIU)


Pentax Medical Company
3 Paragon Drived
Montvale, NJ 07645

Pepsi-Cola Company
6120 Lendell Drive
Sanborn, NY 14132-9198

PFM Medical Inc.
1916 Palomar Oaks Way
Suite 150
Carlsbad, CA 92008

Philips Healthcare
3000 Minuteman Road, MS0400
Andover, MA 01810

Physician's Record Co.
3000 S Ridgeland Avenue
Berwyn, IL 60402-7000

Plumb Master
PO Box 700
Concordville, PA 19331

PMA Companies
380 Sentry Parkway
Blue Bell, PA 19422

PMAIC
Lock Box #9831
PO Box 8500
Philadelphia, PA 19178-9831

PNCEF, LLC dba PNC Equipment Finance
2300 Cabot Drive, Suite 335
Lisle, IL 60532

Pooley Inc.
207 West Huron Street
Buffalo, NY 14201

Posey Company
5635 Peck Road
Arcadia, CA 91006-0020

Povinelli Cutlery
3810 Union Road
Buffalo, NY 14225

Precision Dynamics Corporation
27770 N Entertainment Drive
Suite 200
Valencia, CA 91355

Press, Ganey Associates, Inc.
Box 88335
Milwaukee, WI 53288-0335

Psychemedics Corporation
PO Box 4163
Woburn, MA 01888-4163

Public Goods Pool

Quality Plus Inc.
60 Lawrence Bell Drive
Buffalo, NY 14221-7074

Quest Diagnostics
PO Box 740709
Atlanta, GA 30374-0709

RBS Citizens, N.A.
250 South Clinton Street
Syracuse, NY 13202

RBS Citizens, N.A.
Attn:  Interest Rate Risk Management
One Citzens Plaza
Providence, RI 02903

Rel Comm Inc.
250 Cumberland Street
Suite 214
Rochester, NY 14605-2801

Rel Comm Inc.
250 Cumerbland Street
Suite 214
Rochester, NY 14605-2801

Reliant Medical Equipment
3807 Harlem Road
Buffalo, NY 14215

Relias LLC
PO Box 74008620
Chicago, IL 60674-8620

Revint Solutions
6 Hillman Drive
Suite 100
Chadds Ford, PA 19317

Ronco Specialized Systems Inc.
84 Grand Island Boulevard
Tonawanda, NY 14150

RR Donnelley
2351 North Forest Road
Suite 100
Getzville, NY 14068-1225

Russ Medical Specialties
520 N. 3rd Street
Wilmington, NC 28402

S & S Worldwide Inc.
PO Box 513
Colchester, CT 06415-0513

Safeguard Business Systems
7030 East Genesee Street
Fayetteville, NY 13066

Saia Communications Inc.


Sanofi Pasteur
Rt 611
PO Box 187
Swiftwater, PA 18370

Schlinder Elevator Corp.
435 Lawrence Bell Drive
Suite 7A
Buffalo, NY 14221

Shred-It USA LLC
440 Lawrence Bell Drive
Suite 2
Buffalo, NY 14221

Siemens Bldg Technologies
85 Northpointe Parkway
Suite 8
Buffalo, NY 14228-1886

Siemens Financial Services, Inc.
170 Wood Avenue South
Iselin, NJ 08830

Siemens Healthcare Diagnostics Inc.
First Nat. Bank of Chicago
PO Box 93579
Chicago, IL 60673-3579

Siemens Medical Solutions USA Inc.
40 Liberty Boulevard
Malvern, PA 19355

Siemens Medical Solutions USA Inc.
51 Valley Stream Parkway
Mail Stop K14
Malvern, PA 19355

SJB Services Inc.
5167 South Park Avenue
Hamburg, NY 14075

Smart Surgical Inc.
3501 West Elder Street
Suite 104
Boise, ID 83705

SmartEdge

Smith Medical ASD, Inc.
226 West Street
Keene, NH 03431

Smith Nephew Endoscopy
160 Dascomb Road
Andover, MA 01810

Smith Nephew Orthopedic
1450 Brooks Road
Memphis, TN 38116

Sofat, M.D., Suresh
64 Davison Court
Lockport, NY 14094

Spalding Hardware
215 Davison Road
Lockport, NY 14094

Special Pathogens Laboratory

Spinal Elements
1755 West Oak Parkway
Marietta, GA 30062

Spinal USA Inc.
2050 Executive Drive
Pearl, MS 39208

SPS Medical Supply Corp
6789 W Henrietta Road
Rush, NY 14543

Stahl M.D., David
21 North Main Street
Middleport, NY 14105

Statlab Medical Products
2090 Commerce Drive
McKinney, TX 75069

Stericycle
3 Expressway Plaza
Suite 110
Roslyn Heights, NY 11577

Steris Corporation
5960 Heisley Road
Mentor, OH 44060-1834

Strate Welding Supply Co.
6776 N Canal Road
Lockport, NY 14094

Stryker Instruments
2825 Airview Boulevard
Portage, MI 49002

Stryker Instruments
2825 Airview Road
Portage, MI 49002

Stryker Orthopaedics
325 Corporate Drive
Mahwah, NJ 07430

Stryker Sales Corp.

Stuart Sports, Inc.
486 Center Street
Lewiston, NY 14092

Summit Print & Mail LLC
6042 Old Beattie Road
Lockport, NY 14094

Symmetry Surgical
3034 Owen Drive
Antioch, TN 37013

Synergy Global Solutions, Inc.
600 Fishers Station Drive
Victor, NY 14564

Synthes USA
1690 Russell Road
PO Box 1766
Paoli, PA 19301-0800

Syracuse Medical Equipment

Talksoft Corporation

TB & A Television

Teamviewer Germany GMBH
PO Box 743135
Atlanta, GA 30374

Tela Bio Inc.
One Great Valley Parkway
Suite 24
Malvern, PA 19355

Teleflex LLC
3015 Carrington Mill Boulevard
Morrisville, NC 27560

Teleflex Medical Inc.
PO Box 12600
2917 Weck Drive
Durham, NC 27709

The Drain Doctor
1400 College Avenue
Niagara Falls, NY 14305

TimeWarner Cable
2604 Seneca Avenue
Niagara Falls, NY 14305-3299

Total Scope South LLC

Trane USA Inc.

Transunion Healthcare Inc.


Tremco WNY
PO Box 104
Lancaster, NY 14086

Tri - Anim Health Services
201-A Avenue B
Youngwood, PA 15697

Tri-Delta Resources Corp.
15 North Street
Canandaigua, NY 14424

Trillium Technology Inc.


Trimedx Health Care Equipment
5452 Lakeview Parkway South Drive
Indianapolis, IN 46268

Trimedx Health Care Equipment
6325 Digital Way
Indianapolis, IN 46278

Trimedx LLC


Tru Quality Medical Inc.
PO Box 925
Fenton, MI 48430

Trusted Nurse Staffing LLC
500 Seneca Street
Suite 501
Buffalo, NY 14204

Twin City Ambulance Corp
PO Box 536032
Pittsburgh, PA 15253-5902

U&S Services, Inc.
95 Stark Street
Tonawanda, NY 14150

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Ulrich Sign Co.
177 Oakhurst Street
Lockport, NY 14094

Unifirst Corporation
3999 Jeffrey Boulevard
Buffalo, NY 14219

United Parcel Service
PO Box 7247-0244
Philadelphia, PA 19170-0001

University at Buffalo Surgeons Inc.
100 High Street
Buffalo, NY 14203

Upstate Niagara Cooperative Inc.
1730 Dale Road
Buffalo, NY 14225

Uresil
5418 West Touhy Avenue
Skokie, IL 60077

US Foodservice
125 Gardenville Parkway West
Buffalo, NY 14224

Usherwood Office Technology
3445 Winton Place
Rochester, NY 14623

Vapotherm Inc.
22 Industrial Drive
Exeter, NH 03833

Verathon Inc.

Verizon
PO Box 15124
Albany, NY 12212-5124

Verizon Wireless

VRP NY P.A.
25983 Network Place
Chicago, IL 60673-1259

WB Mason Co Inc.
59 Centre Street
Brockton, MA 02303

Weiler, M.D., Mary
3983 Wilson-Cambria Road
Ransomville, NY 14131

Wendel Architects & Engineers
375 Essjay Road, Suite 200
Buffalo, NY 14221

Werfen USA LLC
180 Hartwell Road
Bedford, MA 01730-2443

West Coast Medical Resources
520 Howard Court
Clearwater, FL 33756

Windstream
PO Box 9001013
Louisville, KY 40290-1013

WNY Medical Practice PC
1425 Portland Avenue
Rochester, NY 14621

X-Cell Laboratories of WNY Inc.
20 Northpointe Parkway, Suite 100
Buffalo, NY 14228

Xodus Medical Inc.
702 Prominence Drive
New Kensington, PA 15068

Z-Medica
4 Fairfield Boulevard
Wallingford, CT 06492

Zimmer Biomet Spine Inc.
1800 West Center Street
Bldg 5 MS-5162
Warsaw, IN 46580

Zimmer Biomet Spine Inc.
10225 Westmoore Drive
Broomfield, CO 80021

Zimmer USA
40 Centre Drive
Orchard Park, NY 14127