UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
----------------------------------------x
In re: : Case No. 19-12345-CLB
                                        :
    EASTERN NIAGARA HOSPITAL : Chapter 11
                                        :
                      Debtor. x
----------------------------------------

## DISCLOSURE OF COMPENSATION OF ATTORNEYS FOR DEBTOR

1.    Pursuant to 11 U.S.C. Section 329(a) and Bankruptcy Rule 2016(b), I certify that Barclay Damon LLP ("Barclay Damon") are proposed counsel for the above-named Debtor and that compensation paid to Barclay Damon within one (1) year before the filing of the petition in bankruptcy, or agreed to be paid to Barclay Damon, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with the bankruptcy case is as follows:

    Prior to the filing of this statement, Barclay Damon has received:

        Since April, 2019    $62,357.50
        On 11/7/2019         $129,605.00*

    For legal services from November 7, 2019 forward, Barclay Damon has agreed to accept the amounts allowed by the Court.

    Balance Due:    Pre-Petition – $0.00
                          Post-Petition – those amounts allowed by the Court

*    *Includes bankruptcy filing fees of $1,717.00, pre-petition fees of $27,650.00 and $100,238.00 retainer for Debtor's bankruptcy case.*

2.    The source of compensation paid to Barclay Damon was Eastern Niagara Hospital and the source of compensation to be paid to Barclay Damon is Eastern Niagara Hospital.

3.    Barclay Damon has not agreed to share the above-disclosed compensation with any other person or persons unless they are members and associates of Barclay Damon.

4.    In return for the above-disclosed fee, Barclay Damon has agreed to render legal services for all aspects of the bankruptcy cases, including:

a. Analysis of the Debtor's financial situation, and rendering advice to the Debtor in determining whether to file petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statement of financial affairs, and plans which may be required;

c. Representation of the Debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d. Representation of the Debtor in any adversary proceedings and other contested bankruptcy matters;

e. Giving the Debtor legal advice with respect to its powers and duties as Debtor-in-Possession in the continued operation of its business and management of its property;

f. Preparing on behalf of the Debtor, as Debtor-in-Possession, necessary applications, answers, reports, orders and other legal papers; and

g. Performing all other legal services for Debtor as Debtor-in-Possession which may be necessary in these proceedings.

5. By agreement with the Debtor, the above-disclosed fee does not include the following services: none.

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to Barclay Damon for representation of the Debtor in this bankruptcy proceeding.

Dated: November 7, 2019

**BARCLAY DAMON LLP**
*Proposed Counsel for Debtor and Debtor-in-Possession*

By: */s/Jeffrey A. Dove*
Jeffrey A. Dove, Esq.
Office and Post Office Address
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
Telephone: (315) 413-7112
Facsimile: (315) 703-7346
Email: jdove@barclaydamon.com