UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
---------------------------------------------------------------
In re:

    EASTERN NIAGARA HOSPITAL, INC.,

              Debtor.

Case No. 1-19-12342-CLB
Chapter 11

-----------------------------------------------------------

## AFFIDAVIT OF SERVICE

*STATE OF NEW YORK*     )
*COUNTY OF ONONDAGA*   )   *ss.:*

    AUDREY A. VROOMAN, being duly sworn, deposes and says:

    1.    That she is in the employ of Barclay Damon LLP, proposed counsel for the Debtor and Debtor in Possession in the above-captioned matter.

    2.    That on the 13th day of November, 2019, she served copies of the **Interim Order (i) Authorizing Debtor to Continue Various Insurance Policies and (ii) Authorizing Payment of Pre-petition and Post-petition Obligations in Respect Thereof with attached Notice of Entry (Dkt 33)** upon the parties set forth on the attached **Service List** via overnight delivery by depositing copies of same in properly addressed, postage paid envelopes in an official depository under the exclusive care and custody of the U.S. Postal Service in the City Syracuse, New York, prior to 5:00 p.m. on that day.

                                        */s/Audrey A. Vrooman*
                                        Audrey A. Vrooman

Sworn to before me this
14th day of November, 2019.

   */s/Jeffrey A. Dove*
Notary Public, State of New York
Qualified in Onondaga County, No. 02DO4831718
Commission Expires March 30, 2023

# SERVICE LIST

United States Trustee's Office
Attn: Joseph W. Allen, Esq.
Olympic Towers, Suite 401
300 Pearl Street
Buffalo, NY 14202

**Insurance Companies & Brokers:**

Lawley Insurance
Attn: William Lawley, Jr.
361 Delaware Avenue
Buffalo, NY 14202

Travelers Property Casualty
Company of America
300 Windsor Street
Hartford, CT 06120

Travelers Indemnity Co. of America
300 Windsor Street
Hartford, CT 06120

PMA Group
5789 Widewaters Parkway
DeWitt, NY 13214

ACE American Insurance Co.
Attn: Chief Underwriting Office
Chubb – Financial Lines
1133 Avenue of the Americas, 32nd Floor
New York, NY 10036

Allied World Specialty Insurance
c/o Allied World Assurance Company
199 Water Street
New York, NY 10038

**Secured Creditors:**

BlankRome
Attn: Paige Barr Tinkham and
    Kenneth J. Ottaviano
*Attorneys for RBS Citizens Bank, N.A.*
444 West Lake Street, Suite 1650
Chicago, IL 60606

RBS Citizens Bank, N.A.
Attn: Interest Rate Risk Management
One Citizens Plaza
Providence, RI 02903

RBS Citizens Bank, N.A.
Attn: Peter Szalach
250 South Clinton Street
Syracuse, NY 13202

RBS Citizens Bank, N.A.
Attn: Branch Manager
5793 South Transit Road
Lockport, NY 14094

Ford Credit
Attn: Customer Service Center
P.O. Box 542000
Omaha, NE 68154-8000

Karl Storz Capital
1111 Old Eagle School Road
Wayne, PA 19087

Mindray DS USA, Inc.
1300 MacArthur Boulevard
Mahwah, NJ 07430

Pantheon Capital LLC
Crossroads Corporate Center
1 International Boulevard, Suite 410
Mahwah, NJ 07495

Siemens Financial Services, Inc.
170 Wood Avenue South
Iselin, NJ 08830

**Top 20 Unsecured Creditors:**

Musculoskeletal Transplant Foundation
125 May Street, Suite 300
Edison, NJ 08837

Stryker Orthopaedics
325 Corporate Drive
Mahwah, NJ 07430

Independent Health Association
Dept. 264
PO Box 8000
Buffalo, NY 14267-0002

Clark Patterson Lee
205 St. Paul Street, Suite 500
Rochester, NY 14604

Boston Scientific Corporation
100 Boston Scientific Way
Marlborough, MA 01752

Kaleida Health Dept of Finance
726 Exchange Street, Suite 200
Buffalo, NY 14210

Keystone Medical Services
Crescent Center
6075 Poplar Avenue, Suite 401
Memphis, TN 38119

Spinal USA Inc.
2050 Executive Drive
Pearl, MS 39208

Kaleida Health Patient
726 Exchange Street, Suite 300
Buffalo, NY 14210

X-Cell Laboratories of WNY Inc.
20 Northpointe Parkway, Suite 100
Buffalo, NY 14228

CRS Nuclear Services LLC
840 Aero Drive, Suite 150
Buffalo, NY 14225

Siemens Medical Solutions USA Inc.
40 Liberty Boulevard
Malvern, PA 19355

Zimmer Biomet Spine Inc.
1800 West Center Street
Bldg 5 MS-5162
Warsaw, IN 46580

Paradigm Spine LLC
505 Park Avenue, 14th Floor
New York, NY 10022

Intuitive Surgical Inc.
1266 Kifer Road
Sunnvale, CA 94086-5206

Trimedx Health Care Equipment
5452 Lakeview Parkway South Drive
Indianapolis, IN 46268

ALCON
6201 South Freeway
Fort Worth, TX 76134-2099

PMAIC
Lock Box #9831
PO Box 8500
Philadelphia, PA 19178-9831

PMA Companies
380 Sentry Parkway
Blue Bell, PA 19422

Connect Life
4444 Bryant and Stratton Way
Buffalo, NY 14221