# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NY

### COVER SHEET FOR SCHEDULES, STATEMENTS, LISTS AND/OR AMENDMENTS

Case Name: Eastern Niagara Hospital, Inc.   Case No. 1-19-12342-CLB   Chapter 11

**A. IDENTIFY TYPE OF DOCUMENT BEING FILED:** (Select either #1, #2 or #3)

- [ ] #1--Amendment to Previously Filed Document (Go to Sec. B)
- [✓] #2--Schedule/Statement Not Previously Filed (Go to Sec. B)
- [ ] #3--Schedule of Post-Petition Debts (result of conversion--no fee due) (Go to Sec. D)

**B. SUMMARIZE SPECIFICS OF DOCUMENT BEING FILED BY CHECKING APPLICABLE DATA ELEMENTS:**

- [ ] Official Form 101: [ ] Part 1 [ ] Part 2 [ ] Part 3 [ ] Part 4 [ ] Part 5 [ ] Part 6 [ ] Part 7
- [ ] Official Form 106Sum: Summary of Your Assets and Liabilities and Certain Statistical Information
- [ ] Official Form 106Dec: Declaration About an Individual Debtor's Schedules
- [ ] Official Form 108: Chapter 7 Statement of Intention for Individuals
- [✓] Schedules: (Please check schedules attached)
  - [✓] Schedule A/B  [✓] Schedule C  [✓] Schedule D (Go to Sec. C)  [✓] Schedule E/F (Go to Sec. C)
  - [✓] Schedule G  [✓] Schedule H  [ ] Schedule I  [ ] Schedule J  [ ] Schedule J-2
- [✓] Statement of Financial Affairs:
- [ ] Statement Pursuant to Rule 2016(b)
- [ ] Official Form 201: [ ] Debtor's Name  [ ] Debtor's Address  [ ] Debtor's EIN  [ ] Other Names used by the Debtor
  - [ ] Other

(Please indicate the Question # from Form 201 that is being amended and a brief description)

- [ ] Official Form 201A: Ch. 11 Attachment to Voluntary Petition for Non-Individuals
- [ ] Official Form 202: Declaration Under Penalty of Perjury for Non-Individual Debtors
- [ ] Creditor Matrix
- [ ] Chapter 13 Plan (Pre-confirmation): [ ] Decrease Payments [ ] Increase Payments [ ] Increases length of plan
- [ ] Other:

*FOR CHANGES AFFECTING SCHEDULES D, E/F, THE LIST OF CREDITORS, MATRIX OR MAILING LIST,*
*PROCEED TO SECTION 'C' OF THIS FORM, OTHERWISE, PROCEED TO SECTION 'D'.*

**C. CREDITOR/SCHEDULE INFORMATION:** (Select either #1, #2 or #3)

- [ ] #1--Creditors are being added or deleted by this amendment/schedule, AND
  - [ ] The $31.00 amendment fee is attached
  - [ ] A matrix in the format prescribed by the Clerk with the complete names and addresses of the parties added is attached.
    Note: Do not repeat creditor information from a previously filed matrix. The Clerk's office will not delete creditors unless a motion to delete creditors is granted.

- [ ] #2--Schedule(s) of creditors (Schedules D, E/F), list of creditors, matrix or mailing list is being amended for purposes other than adding or deleting creditors.
  - [ ] The $31.00 fee is attached for this amendment [e.g. changing amount of a debt or classification of a debt].
  - [ ] The $31.00 fee does not apply for this amendment [e.g. change of address of a creditor or change of attorney].

- [✓] #3 -- No Creditors are being added or deleted.

**D. CERTIFICATION OF SERVICE, ATTORNEY'S DECLARATION AND DEBTOR'S UNSWORN DECLARATION**

CERTIFICATION OF SERVICE: Attach an "Affidavit of Service" listing each party served with a copy of the referenced document(s), this cover sheet and a copy of the §341 Meeting Notice (if applicable). Be sure to include the U.S. Trustee and the Case Trustee.

DECLARATION OF ATTORNEY [Attorney or debtor(s), if pro se, must sign.]: I declare that the above information contained on this cover sheet may be relied upon by the Clerk of Court as a complete and accurate summary of the information contained in the documents attached.

Dated: 11/27/19   Signature: _[signature]_
Jeffrey A. Dove

DECLARATION OF DEBTOR(S): [Required if declaration is not completed on the document(s) itself or by separate instrument.]
I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., consisting of **114** sheets, xxxxxxxxxxxxxx , and that they are true and correct to the best of my knowledge, information and belief.

Dated: 11/27/19   Signature: _[signature]_ Anne E. McCaffrey (debtor)
Anne E. McCaffrey

Debtor name    **Eastern Niagara Hospital, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NY

Case number (if known)    **1-19-12342-CLB**

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...................................................................    $    **5,699,298.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................    $    **15,703,828.87**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................    $    **21,403,126.87**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $    **7,788,593.24**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $    **9,315.49**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................    +$    **6,748,041.93**

4.   Total liabilities .................................................................................................
    Lines 2 + 3a + 3b      $    **14,545,950.66**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 1-19-12342-CLB,    Doc 103,    Filed 11/27/19,    Entered 11/27/19 14:45:51,
Description: Main Document  , Page 2 of 115

Fill in this information to identify the case:

Debtor name    **Eastern Niagara Hospital, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NY

Case number (if known)    **1-19-12342-CLB**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **11/27/19**      X _Anne E. McCaffrey_
                                  Signature of individual signing on behalf of debtor

                                   **Anne E. McCaffrey**
                                   Printed name

                                   **President & CEO**
                                   Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Eastern Niagara Hospital, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NY

Case number (if known)    **1-19-12342-CLB**

☐ Check if this is an
    amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 2. | **Cash on hand** | | **$8,255.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Citzens Bank, N.A.** | **General Operations Account** | **7221** | **$1,262,423.00** |
| 3.2. | **Bank of America** | **Holding Account** | **7071** | **$11,961.00** |
| 3.3. | **Citizens Bank, N.A.** | **Board Restricted / ER Donations Account** | **6037** | **$638,634.00** |
| 3.4. | **Citizens Bank, N.A.** | **Gas Account** | **6045** | **$3,539.00** |
| 3.5. | **Citizens Bank, N.A.** | **Gas Account** | **6053** | **$2,656.00** |
| 3.6. | **Citizens Bank, N.A.** | **Payroll Account** | **6177** | **$146.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 3.7. | Citizens Bank, N.A. | Capital Account | 5982 | $31,648.00 |
|------|---------------------|-----------------|------|-----------|
| 3.8. | Northwest Bank | Wolcott Keep Fund for Nursing Education Reimbursement Money Market Account | 8950 | $500.00 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

         Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$1,959,762.00**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
         Description, including name of holder of deposit

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
         Description, including name of holder of prepayment

| 8.1. | Prepaid - Synergy ZIX Gateway License (7/2018-7/2019) | $7,567.27 |
|------|-------------------------------------------------------|-----------|
| 8.2. | Prepaid - Forward Advantage (4/2019-4/2020) | $800.00 |
| 8.3. | Prepaid - Forward Advantage (4/2019-4/2020) | $6,145.81 |
| 8.4. | Prepaid - Foward Advantage (8/2019-8/2020) | $1,402.92 |
| 8.5. | Prepaid - DrFirst.com Inc. (12/2014-12/2017) | $19,101.30 |
| 8.6. | Prepaid - DrFirst.com Inc. (4/2019-4/2020) | $1,458.31 |
| 8.7. | Prepaid - DrFirst.com Inc. (3/2019-3/2020) | $8,977.36 |
| 8.8. | Prepaid - Dr.First.com Inc. (3/27/2019-3/26/2020) | $6,562.50 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| | | |
|---|---|---|
| 8.9. | **Prepaid - Intelligent Medical Objects (6/2018-6/2019)** | **$7,816.85** |
| 8.10. | **Prepaid - Tri-Delta Resources (7/2019-9/2019)** | **$2,325.00** |
| 8.11. | **Prepaid - Tri-Delta Resources (10/2019-12/2019)** | **$2,325.00** |
| 8.12. | **Prepaid - Micro Focus (4/2019-3/2020)** | **$10,421.53** |
| 8.13. | **Prepaid - Kronos (8/2019-8/2020)** | **$8,093.64** |
| 8.14. | **Prepaid - Lumsden & McCormick (3/2019-12/2019)** | **$4,000.00** |
| 8.15. | **Prepaid - Hanys Annual Membership Dues (1/2019-12/2019)** | **$9,195.54** |
| 8.16. | **Prepaid - Hanys AHA Dues (1/2019-12/2019)** | **$5,189.08** |
| 8.17. | **Prepaid - Hanys Market Expert Annual License (6/2019-6/2020)** | **$10,861.38** |
| 8.18. | **Prepaid - Hanys Sepsis Tool License Fee (6/2018-12/2018)** | **$214.70** |
| 8.19. | **Prepaid - Abacus Medical (4/2019-4/2020)** | **$2,000.00** |
| 8.20. | **Prepaid - Pentax Medical Company (1/2019-12/19) 5 Year Total** | **$2,636.99** |
| 8.21. | **Prepaid - ApplicantPro (4/22/2019-4/21/2020)** | **$990.92** |
| 8.22. | **Prepaid - Intuitive (Robot) (9/2019-12/2019)** | **$24,000.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| | | |
|---|---|---|
| 8.23. | **Prepaid - Washington Hunt (2017-2021) Start in January 2017** | **$6,500.00** |
| 8.24. | **Prepaid - Pantheon Capital LLC - Lease #1030-09, Last Payment 4/2/2021** | **$13,520.37** |
| 8.25. | **Prepaid - Hanys - Clintegrity License Fee (10/24/2019-10/23/2020)** | **$38,086.27** |
| 8.26. | **Prepaid - Medical Liability Mutual Insurance (Dr. Singh) (10/2019-11/2019)** | **$479.96** |
| 8.27. | **Prepaid - Medical Liability Mutual Insurance (Dr. Khalil) (10/2019-11/2019)** | **$1,658.00** |
| 8.28. | **Prepaid - Medical Liability Mutual Insurance (Dr. Siddiqui) (10/2019-12/2019)** | **$1,453.33** |
| 8.29. | **Prepaid - Medical Liability Mutual Insurance (Dr. Shitteh) (10/2019-12/2019)** | **$548.00** |
| 8.30. | **Prepaid - PMA Companies (4/2019-3/2020)** | **$112,143.55** |
| 8.31. | **Prepaid - Academic Health Professional Insurance (Dr. Hughes) (7/2019-7/2020)** | **$4,565.32** |
| 8.32. | **Prepaid - Lawley Service Inc. (Healthcare Package) (6/2019-4/2020)** | **$18,206.50** |
| 8.33. | **Prepaid - Lawley Service Inc. (Cyber Liability) (6/2019-4/2020)** | **$8,802.50** |
| 8.34. | **Prepaid - Hanys - Clintegrity License Fee EAPG (11/3/2019-11/2/2020)** | **$10,557.97** |

| | | |
|---|---|---|
| 9. | **Total of Part 2.** | **$358,607.87** |
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:          **4,020,126.00**    –               **0.00**   = ....          **$4,020,126.00**
                                 <u>face amount</u>              <u>doubtful or uncollectible accounts</u>

11b. Over 90 days old:          **1,817,612.00**    –               **0.00**   =....          **$1,817,612.00**
                              <u>face amount</u>              <u>doubtful or uncollectible accounts</u>

12.   **Total of Part 3.**
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.          **$5,837,738.00**

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14.   **Mutual funds or publicly traded stocks not included in Part 1**
      Name of fund or stock:

| 14.1. | **LPL Financial Stocks** | **Statement** | **$130,906.00** |
|---|---|---|---|

| 14.2. | **Prudential Stock (325 shares)** |  | **$29,234.00** |
|---|---|---|---|

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
      Name of entity:                          % of ownership

| 15.1. | **ENSO** | **40** % | **Investment** | **$80,000.00** |
|---|---|---|---|---|

| 15.2. | **Seagate Alliance** | **12.42** % | **Investment** | **$5,000.00** |
|---|---|---|---|---|

| 15.3. | **Majority shareholder of Eastern Niagara Services Organization, LLC** | % |  | **Unknown** |
|---|---|---|---|---|

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
      Describe:

17.   **Total of Part 4.**
      Add lines 14 through 16.  Copy the total to line 83.          **$245,140.00**

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |
| **22.** **Other inventory or supplies** **Medical Supplies** | 6/30/2019 | $1,482,152.00 | Recent cost | $1,482,152.00 |

**23.** **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| | $1,482,152.00 |
|---|---|

**24.** **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value    **1,482,152.00**  Valuation method    **FIFO**    Current Value    **1,482,152.00**

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** **Movable Equipment** | $5,423,532.00 | Net Book Value | $5,423,532.00 |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** | | **$5,423,532.00** |
|---|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2017 Dodge Grand Caravan** | **$11,711.00** | Book Value | **$11,711.00** |
| 47.2.   **2013 Ford EC350 Van** | **$8,015.00** | Book Value | **$8,015.00** |
| 47.3.   **2016 Ford Escape (Silver)** | **$8,532.00** | Book Value | **$8,532.00** |
| 47.4.   **2008 Ford F250 Pick Up** | **$5,875.00** | Book Value | **$5,875.00** |
| 47.5.   **2012 Ford Escape (Red)** | **$2,335.00** | Book Value | **$2,335.00** |
| 47.6.   **2012 Ford Escape (Blue)** | **$2,335.00** | Book Value | **$2,335.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**
**Fixed Equipment, Leasehold Improvements**    **$358,094.00**    Book Value    **$358,094.00**

| 51. | **Total of Part 8.** | | **$396,897.00** |
|---|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.
   ■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1.  **521 East Avenue, Lockport, NY (Main Hospital Campus) Tax Map No. 109.42-2-2** | Fee simple | $2,837,569.00 | Net Book Value | $2,837,569.00 |
| 55.2.  **53 Elizabeth Drive, Lockport, NY Tax Map No. 123.12-1-11** | Fee simple | $64,176.00 | Net Book Value | $64,176.00 |
| 55.3.  **6037 Ketchum Avenue, Newfane, NY** | Fee simple | $22,862.00 | Net Book Value | $22,862.00 |
| 55.4.  **2600 William Street, Newfane, NY Tax Map Nos. 38.08-2-50, 38.08-2-51.1, 38.08-2-71, and 38.08-2-73.1** | Fee simple | $2,774,691.00 | Net Book Value | $2,774,691.00 |

56.     **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.     | $5,699,298.00 |
   Copy the total to line 88.

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☐ No
   ■ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☐ No
   ■ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |
| **71.**   **Notes receivable**<br>Description (include name of obligor) | |
| **72.**   **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| **73.**   **Interests in insurance policies or annuities**<br>**Travelers Property Casualty Company of America Policy**<br>**No. P6308N069208TIL19 (property insurance)** | Unknown |
| **Travelers Property Casualty Company of America Policy**<br>**No. QT6602P458745TIL19 (equipment insurance)** | Unknown |
| **Travelers Indemnity Co. of America Policy No.**<br>**BA8N084795-19-CAG (business automobile insurance)** | Unknown |
| **PAM Group Policy No. 2019000449629 (Workers'**<br>**Compensation insurance)** | Unknown |
| **Ace American Insurance Co. Policy No. D94857922**<br>**(cyber liability plus insurance)** | Unknown |
| **Allied World Specialty Insurance Policy No. 03113705**<br>**(D&O/Employment Practices/Fiduciary/Crime insurance)** | Unknown |
| **74.**   **Causes of action against third parties (whether or not a lawsuit**<br>**has been filed)** | |
| **75.**   **Other contingent and unliquidated claims or causes of action of**<br>**every nature, including counterclaims of the debtor and rights to**<br>**set off claims** | |
| **76.**   **Trusts, equitable or future interests in property** | |
| **77.**   **Other property of any kind not already listed** *Examples:* Season tickets,<br>country club membership | |

| **78.**   **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |
| --- | --- |

**79.**   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,959,762.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $358,607.87 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $5,837,738.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $245,140.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,482,152.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,423,532.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $396,897.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................> | | $5,699,298.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $15,703,828.87 | + 91b. $5,699,298.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $21,403,126.87 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

| **2.1** | **Ford Credit** | Describe debtor's property that is subject to a lien | $8,760.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Customer Service Center**
**P.O. Box 542000**
**Omaha, NE 68154-8000**

Creditor's mailing address

**2016 Ford Escape**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** | **Karl Storz Capital** | Describe debtor's property that is subject to a lien | $97,075.00 | $120,961.65 |
|---|---|---|---|---|

Creditor's Name

**1111 Old Eagle School Road**
**Wayne, PA 19087**

Creditor's mailing address

**Laparoscopy Towers**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☒ No
☐ Contingent
☐ Yes. Specify each creditor,
   including this creditor and its
   relative priority.
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Mindray DS USA Inc.** | Describe debtor's property that is subject to a lien | $129,560.00 | $130,060.18 |
| --- | --- | --- | --- | --- |

Creditor's Name

**Telemetry Monitors (2 North & ICU)**

**1300 MacArthur Boulevard**
**Mahwah, NJ 07430**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

☒ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Pantheon Capital LLC** | Describe debtor's property that is subject to a lien | $444,391.00 | $748,475.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**Miscellaneous Equipment - Lease 1030-08**

**Crossroads Corporate**
**Center**
**1 International Boulevard,**
**Suite 624**
**Mahwah, NJ 07495**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

☒ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Pantheon Capital LLC** | Describe debtor's property that is subject to a lien | $122,716.00 | $169,427.24 |
| --- | --- | --- | --- | --- |

Creditor's Name

**Miscellaneous Equipment - Lease 1030-09**

**Crossroads Corporate**
**Center**
**1 International Boulevard,**
**Suite 624**
**Mahwah, NJ 07495**

Creditor's mailing address

Describe the lien

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.6 | **RBS Citizens Bank, N.A.** | Describe debtor's property that is subject to a lien | $3,533,556.28 | $1,262,423.00 |
|---|---|---|---|---|

Creditor's Name

**Patients Accounts Receivable**

**n/k/a Citizens Bank, N.A.**
**250 South Clinton Street**
**Syracuse, NY 13202**
Creditor's mailing address

**Describe the lien**
**Mortgage - Pension Loan**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**9/13/2013**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. RBS Citizens Bank, N.A.**
**2. RBS Citizens Bank, N.A.**

■ Unliquidated
☐ Disputed

---

| 2.7 | **RBS Citizens Bank, N.A.** | Describe debtor's property that is subject to a lien | $2,679,787.96 | $1,262,423.00 |
|---|---|---|---|---|

Creditor's Name

**Patients Accounts Receivable**

**n/k/a Citizens Bank, N.A.**
**250 South Clinton Street**
**Syracuse, NY 13202**
Creditor's mailing address

**Describe the lien**
**Mortgage - Construction Loan**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**11/06/2013**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 1-19-12342-CLB,   Doc 103,   Filed 11/27/19,   Entered 11/27/19 14:45:51,
Description: Main Document  , Page 17 of 115

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.6**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **RBS Citizens Bank, N.A.** | Describe debtor's property that is subject to a lien | $399,135.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**n/k/a Citizens Bank, N.A.**
**250 South Clinton Street**
**Syracuse, NY 13202**

**Patients Accounts Receivable**

Creditor's mailing address

Describe the lien
**Amortizing Interest Rate Swap**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**9/13/2013**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Siemens Financial Services, Inc.** | Describe debtor's property that is subject to a lien | $149,192.00 | $106,799.28 |
|---|---|---|---|---|

Creditor's Name

**170 Wood Avenue South**
**Iselin, NJ 08830**

**Mammomat Inspiration**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Siemens Financial Services, Inc.** | Describe debtor's property that is subject to a lien | $37,410.00 | $29,070.67 |
|---|---|---|---|---|

Creditor's Name

**170 Wood Avenue South**
**Iselin, NJ 08830**

**Ultrasound Acuson S1000**

Creditor's mailing address

Describe the lien

---

| | |
|---|---|
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | **Siemens Financial Services, Inc.** | **Describe debtor's property that is subject to a lien** | $37,410.00 | $29,070.67 |
|---|---|---|---|---|
| | Creditor's Name | **Ultrasound S1000** | | |
| | **170 Wood Avenue South Iselin, NJ 08830** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.1 2 | **Siemens Financial Services, Inc.** | **Describe debtor's property that is subject to a lien** | $44,466.00 | $34,554.35 |
|---|---|---|---|---|
| | Creditor's Name | **Ultrasound Acuson S2000** | | |
| | **170 Wood Avenue South Iselin, NJ 08830** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 2.1 3 | Siemens Financial Services, Inc. | Describe debtor's property that is subject to a lien | | $42,058.00 | $32,682.57 |
|---|---|---|---|---|---|

**Creditor's Name**

**170 Wood Avenue South
Iselin, NJ 08830**

Creditor's mailing address

**Ultrasound S2000**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | Siemens Financial Services, Inc. | Describe debtor's property that is subject to a lien | | $59,574.00 | $76,954.21 |
|---|---|---|---|---|---|

**Creditor's Name**

**170 Wood Avenue South
Iselin, NJ 08830**

Creditor's mailing address

**DX Vista 500**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | Siemens Financial Services, Inc. | Describe debtor's property that is subject to a lien | | $3,502.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**170 Wood Avenue South
Iselin, NJ 08830**

Creditor's mailing address

**3D Orbic Balance**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 6 of 7

Last 4 digits of account number _____

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br><br>■ No<br><br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     **$7,788,593.24**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **RBS Citizens Bank, N.A.**<br>**n/k/a Citizens Bank, N.A.**<br>**Attn:  Interest Rate Risk Management**<br>**One Citzens Plaza**<br>**Providence, RI 02903** | Line  **2.8** | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**1199 SEIU Regional Pension Fund**<br>**2421 Main Street**<br>**Suite 100**<br>**Buffalo, NY 14214** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,875.49 | $2,875.49 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | ☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Beney, M.D., P.C., Christopher**<br>**31 Bob-O-Link Lane**<br>**Lockport, NY 14094** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,200.00 | $1,200.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address<br>**Clerk, M.D., Harnath**<br>**2610 Williams Street**<br>**Newfane, NY 14108** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,400.00** | **$1,400.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**Flaschner, M.D., Steven**<br>**770 Davison Road**<br>**Lockport, NY 14094** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$520.00** | **$520.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>**Haroon, M.D., Muneeb**<br>**822 Davison Road**<br>**Lockport, NY 14094** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,400.00** | **$1,400.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address<br>**Jehrio, M.D. P.C., Gregory T.**<br>**52 Bonner Drive**<br>**Lockport, NY 14094** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,400.00** | **$1,400.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**Sofat, M.D., Suresh**
**64 Davison Court**
**Lockport, NY 14094**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,036.00 |
|---|---|---|---|

**Aaron Dautch Sternberg & Lawson**
**43 Court Street**
**730 Convention Tower**
**Buffalo, NY 14202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,800.00 |
|---|---|---|---|

**Abbott Laboratories, Inc.**
**100 Abbott Park Road**
**North Chicago, IL 60064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Abbott Nutrition**
**PO Box 182076**
**Columbus, OH 43218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,141.00 |
|---|---|---|---|

**Ability Network Inc.**
**Dept Ch 16577**
**Palatine, IL 60055-6577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $742.82 |
|---|---|---|---|

**ACC Business**
**PO Box 1930**
**Buffalo, NY 14240-1930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 1-19-12342-CLB,    Doc 103,    Filed 11/27/19,    Entered 11/27/19 14:45:51,
Description: Main Document  , Page 24 of 115

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $625.45 |
|---|---|---|---|

**Ace Mechanical Services LLC**
**4568 Bailey Avenue**
**Buffalo, NY 14226**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Advanced Medical Physics PLLC**
**840 Aero Drive, Suite 150**
**Buffalo, NY 14225**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |
|---|---|---|---|

**Advantage Flooring & Tile**
**2 Wendling Court**
**Lancaster, NY 14086**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107.96 |
|---|---|---|---|

**Aesculap**
**3773 Corporate Parkway**
**Center Valley, PA 18034**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,726.00 |
|---|---|---|---|

**AHC Media LLC**
**PO Box 74008620**
**Chicago, IL 60674-8620**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.90 |
|---|---|---|---|

**Alco Sales & Service**
**6851 High Grove Boulevard**
**Willowbrook, IL 60527**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107,406.07 |
|---|---|---|---|

**ALCON**
**6201 South Freeway**
**Fort Worth, TX 76134-2099**

Date(s) debt was incurred _

Last 4 digits of account number  0038

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $717.77 |
|---|---|---|---|

**Alimed Inc.**
**297 High Street**
**Dedham, MA 02026**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $971.00 |
|---|---|---|---|

**Allosource**
**6278 South Troy Circle**
**Englewood, CO 80111**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $88.47 |
|---|---|---|---|

**Alpha Tec Systems Inc.**
**1311 SE Cardinal Court**
**Suite 170**
**Vancouver, WA 98683**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $94.70 |
|---|---|---|---|

**Ambu Inc.**
**6740 Bayview Drive**
**Glen Burnie, MD 21060**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $46.60 |
|---|---|---|---|

**American IV**
**7485 Shipley Avenue**
**Harmans, MD 21077**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,808.23 |
|---|---|---|---|

**American Red Cross**
**PO Box 33093**
**Newark, NJ 07188-0093**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13,837.50 |
|---|---|---|---|

**AMN Healthcare Inc.**
**2735 Collection Centre Drive**
**Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 1-19-12342-CLB,     Doc 103,     Filed 11/27/19,     Entered 11/27/19 14:45:51,
Description: Main Document , Page 26 of 115

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,605.98 |
| --- | --- | --- | --- |
| | **AMO Sales and Service Inc.**<br>**1700 East St. Andrew Place**<br>**Santa Ana, CA 92705** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,603.31 |
| --- | --- | --- | --- |
| | **Amwins Group Benefits Inc.**<br>**50 Whitecap Drive**<br>**North Kingstown, RI 02852** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.00 |
| --- | --- | --- | --- |
| | **AnyBattery Inc**<br>**PO Box 312**<br>**Rosemount, MN 55068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,928.00 |
| --- | --- | --- | --- |
| | **Applied Medical**<br>**22872 Aventia Impressa**<br>**Rancho Santa Margarita, CA 92688** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,996.00 |
| --- | --- | --- | --- |
| | **Argon Medical Devices**<br>**3600 SW 47th Avenue**<br>**Gainesville, FL 32608** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,192.19 |
| --- | --- | --- | --- |
| | **Arjo Inc.**<br>**2349 West Lake Street**<br>**Addison, IL 60101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
| --- | --- | --- | --- |
| | **Armored Access Inc.**<br>**4429 Union Road**<br>**Buffalo, NY 14225** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $736.00 |
| --- | --- | --- | --- |
| | **Armstrong Medical Ind. Inc.**<br>**575 Knightsbridge Parkway**<br>**Lincolnshire, IL 60069-0700** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,737.16 |
| --- | --- | --- | --- |
| | **Arrow International Inc.**<br>**2400 Bernville Road**<br>**Reading, PA 19605** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,508.70 |
| --- | --- | --- | --- |
| | **Arthrex Inc.**<br>**1370 Creekside Boulevard**<br>**Naples, FL 34108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,088.80 |
| --- | --- | --- | --- |
| | **Ascend Capital**<br>**1400 Industrial Way**<br>**Redwood City, CA 94063** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106.50 |
| --- | --- | --- | --- |
| | **ASR Systems Group Inc.**<br>**100 Commerce Boulevard**<br>**Liverpool, NY 13088** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.30 |
| --- | --- | --- | --- |
| | **AT&T**<br>**PO Box 9001310**<br>**Louisville, KY 40290-1310** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,613.45 |
| --- | --- | --- | --- |
| | **Auditz LLC**<br>**33206 Collection Center Drive**<br>**Chicago, IL 60693-0331** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $897.72 |

**Avanos Medical Inc.**
5405 Windward Parkway
Suite 100 South
Alpharetta, GA 30004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117.30 |

**Award Equipment Co. Inc.**
1774 Brant Road
North Collins, NY 14111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $595.01 |

**Bard Access Systems**
5425 West Amelia Earhart Drive
Salt Lake City, UT 84116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,008.88 |

**Bard Medical Division**
8195 Industrial Boulevard
Covington, GA 30014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,897.05 |

**Bard Peripheral Vascular (IMPRA)**
1156 West Southern Avenue
Tempe, AZ 85282

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |

**Barsuk, David**
2337 Main Road
East Pembroke, NY 14056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,374.63 |

**Baxter Healthcare Corp.**
PO Box 33037
Newark, NJ 07188-0037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,296.65 |
|---|---|---|---|

**Bayer Healthcare**
**1 Bayer Drive**
**Indianola, PA 15051-0780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,250.07 |
|---|---|---|---|

**Beatty Marketing & Sales, Inc.**
**9345 151st Avenue NE**
**Redmond, WA 98052-3515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $356.64 |
|---|---|---|---|

**Beaver Visitec International Inc.**
**411 Waverley Oaks Road**
**Waltham, MA 02452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $291.74 |
|---|---|---|---|

**Becton Dickinson (BD)**
**One Becton Drive**
**Franklin Lakes, NJ 07417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,991.50 |
|---|---|---|---|

**Beekley Corporation**
**One Prestige Lane**
**Bristol, CT 06010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,352.00 |
|---|---|---|---|

**Benistar**
**100 Grist Mill Road**
**Simsbury, CT 06070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Best Buy Government and Education**
**7601 Penn Avenue S**
**Minneapolis, MN 55423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 1-19-12342-CLB,    Doc 103,    Filed 11/27/19,    Entered 11/27/19 14:45:51,
Description: Main Document , Page 30 of 115

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.41 |
|------|--------------------------------------------------|---------------------------------------------------------------------|--------|

**BHS Foodservice Solutions**
**375 Commerce Drive**
**Buffalo, NY 14226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,922.94 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Bio-Rad Laboratories**
**9500 Meronimo Road**
**Irvine, CA 92618-2017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,886.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**BioServ**
**10 Gramar Avenue**
**Prospect, CT 06712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $235.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Biotek Services Inc.**
**5310 South Laburnum Avenue**
**Henrico, VA 23231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,977.50 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Blackburn's Specialty Products**
**301 Corbett Street**
**Tarentum, PA 15084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,960.40 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Blue Cross Blue Shield of WNY**
**Senior Blue**
**PO Box 644362**
**Pittsburgh, PA 15264-4362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,627.05 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Bond, Schoeneck & King PLLC**
**200 Delaware Avenue, Suite 900**
**Buffalo, NY 14202-2107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-19-12342-CLB,   Doc 103,   Filed 11/27/19,   Entered 11/27/19 14:45:51,
Description: Main Document , Page 31 of 115

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $253,107.11 |
|------|--------------------------------------------------|------------------------------------------------------------------------|-------------|

**Boston Scientific Corporation**
**100 Boston Scientific Way**
**Marlborough, MA 01752**

Date(s) debt was incurred __

Last 4 digits of account number **4638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,491.74 |
|------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

**Boulevard Produce**
**655 Young Street**
**Tonawanda, NY 14150**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,533.71 |
|------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

**Bracco Diagnostics**
**PO Box 5250**
**Princeton, NJ 08543-5250**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,709.97 |
|------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

**Bridgehead Software Inc.**
**400 West Cummings Park**
**Suite 6050**
**Woburn, MA 01801**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $192.50 |
|------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**BSC Medical**
**200 Fifth Avenue, Suite 3020**
**Waltham, MA 02451**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $216.00 |
|------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**Buffalo Alarm Inc.**
**1325 Millersport Highway**
**Suite 109**
**Buffalo, NY 14221**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,517.59 |
|------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

**Buffalo Hospital Supply**
**4039 Genesee Street**
**Buffalo, NY 14225**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,091.00 |
|---|---|---|---|

**Buffalo Pharmacies**
**1479 Kensington Street**
**Buffalo, NY 14215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,235.00 |
|---|---|---|---|

**Buffalo Protection & Investigation**
**603 Division Street, Suite 30**
**North Tonawanda, NY 14120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,844.00 |
|---|---|---|---|

**Buffalo Synapse Support LLC**
**609 Ridge Road**
**Buffalo, NY 14218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $217.40 |
|---|---|---|---|

**Building Specialties**
**675 Duke Road**
**Cheektowaga, NY 14225-5196**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121.30 |
|---|---|---|---|

**Byrne Dairy, Inc.**
**2394 U.S. Route 11**
**La Fayette, NY 13084-0176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Canon Financial Services, Inc.**
**158 Gaither Drive**
**Mount Laurel, NJ 08054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,133.51 |
|---|---|---|---|

**CaptureNet**
**4835 East Cactus Road**
**Suite 430**
**Scottsdale, AZ 85254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-19-12342-CLB,    Doc 103,    Filed 11/27/19,    Entered 11/27/19 14:45:51,
Description: Main Document  , Page 33 of 115

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $703.00 |
|---|---|---|---|

CardiacDirect
5963 Olivas Park Drive
Suite F
Ventura, CA 93003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,646.66 |
|---|---|---|---|

Cardinal Health
PO Box 13862
Newark, NJ 07188-0862

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81,742.76 |
|---|---|---|---|

Cardinal Health - Syracuse Division
6012 Molloy Road
Syracuse, NY 13211-4864

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $857.47 |
|---|---|---|---|

Cardinal Health Optifreight
PO Box 13862
Newark, NJ 07188

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,743.10 |
|---|---|---|---|

Carestream Health Inc.
150 Verona Street
Rochester, NY 14608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $212.50 |
|---|---|---|---|

Cash Register Sales Services
2501 Union Road
Buffalo, NY 14227

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,854.61 |
|---|---|---|---|

CBCS
PO Box 2724
Columbus, OH 43216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case 1-19-12342-CLB,    Doc 103,    Filed 11/27/19,    Entered 11/27/19 14:45:51,
Description: Main Document  , Page 34 of 115

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $452.14 |
|------|-------------------------------------------------|--------------------------------------------------------------------|---------|

**CDW Government Inc.**
**200 N Milwaukee Avenue**
**Vernon Hills, IL 60061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,839.00 |
|------|-------------------------------------------------|--------------------------------------------------------------------|-----------|

**Change Healthcare Technology**
**5994 Windward Parkway**
**Alpharetta, GA 30005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,854.46 |
|------|-------------------------------------------------|--------------------------------------------------------------------|------------|

**Chem-Aqua**
**PO Box 152170**
**Irving, TX 75015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,700.00 |
|------|-------------------------------------------------|--------------------------------------------------------------------|------------|

**Choice Spine**
**400 Erin Drive**
**Knoxville, TN 37919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,263.50 |
|------|-------------------------------------------------|--------------------------------------------------------------------|-----------|

**Cincinnati Sub Zero**
**12011 Mosteller Road**
**Cincinnati, OH 45241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,523.72 |
|------|-------------------------------------------------|--------------------------------------------------------------------|-----------|

**City Treasurer**
**One Locks Plaza**
**Lockport, NY 14094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $304,275.76 |
|------|-------------------------------------------------|--------------------------------------------------------------------|-------------|

**Clark Patterson Lee**
**205 St. Paul Street, Suite 500**
**Rochester, NY 14604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3088**

Is the claim subject to offset? ■ No ☐ Yes

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$46,558.12** |
| --- | --- | --- | --- |
| | **Clean Textiles Systems LP**<br>**40 51st Street**<br>**Pittsburgh, PA 15201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,544.00** |
| --- | --- | --- | --- |
| | **Clinical Equipment Services CNY**<br>**8417 Oswego Road**<br>**Baldwinsville, NY 13027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,283.07** |
| --- | --- | --- | --- |
| | **Community Computer Service Inc.**<br>**15 Hulbert Street**<br>**Auburn, NY 13021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,090.00** |
| --- | --- | --- | --- |
| | **Conjerti Moving Co LLC**<br>**4536 Kayner Road**<br>**Gasport, NY 14067** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52,214.97** |
| --- | --- | --- | --- |
| | **Conmed Corporation**<br>**525 French Road**<br>**Utica, NY 13502** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93,281.80** |
| --- | --- | --- | --- |
| | **Connect Life**<br>**4444 Bryant and Stratton Way**<br>**Buffalo, NY 14221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,351.71** |
| --- | --- | --- | --- |
| | **Cook Medical Incorporated**<br>**925 South Currey Pike**<br>**Bloomington, IN 47401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 1-19-12342-CLB, Doc 103, Filed 11/27/19, Entered 11/27/19 14:45:51, Description: Main Document , Page 36 of 115

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $675.39 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Coopersurgical**
**95 Corporate Drive**
**Trumbull, CT 06611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,047.87 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Core Sound Imaging Inc.**
**7000 Six Forks Road**
**Suite 102**
**Raleigh, NC 27615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,719.64 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Covidien LP**
**Attn: Debra M. Ford**
**15 Hampshire Street**
**Mansfield, MA 02048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **9916**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132,360.90 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**CRS Nuclear Services LLC**
**840 Aero Drive, Suite 150**
**Buffalo, NY 14225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **1025**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $492.50 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Culligan Water Conditioning**
**31 Lewis Road**
**Akron, NY 14001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,943.56 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Davis-Ulmer Sprinkler Co.**
**Attn: Dennis Metz**
**One Commerce Drive**
**Buffalo, NY 14228-2395**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,414.89 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Davol**
**100 Crossings Boulevard**
**Warwick, RI 02886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Case 1-19-12342-CLB,    Doc 103,    Filed 11/27/19,    Entered 11/27/19 14:45:51,
Description: Main Document  , Page 37 of 115

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $276.50 |
|---|---|---|---|

**DE Soutter Medical USA Inc.**
224 Rolling Hill Road
Suite 12A
Mooresville, NC 28117

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $430.46 |
|---|---|---|---|

**Dex Media**
PO Box 64809
Baltimore, MD 21264-4809

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.57 |
|---|---|---|---|

**Diagnostic Solutions**
11343 Bloom Road
Garrettsville, OH 44231

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,119.87 |
|---|---|---|---|

**Diamond Healthcare Communications**
231318 Momentum Place
Chicago, IL 60689-5311

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,185.88 |
|---|---|---|---|

**Direct Energy Business**
Attn:  Customer Relations
1001 Liberty Avenue
Pittsburgh, PA 15222

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.00 |
|---|---|---|---|

**Diversatek Healthcare Inc.**
102 E. Keefe Avenue
Milwaukee, WI 53212

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,058.75 |
|---|---|---|---|

**Diversified Services**
2900 Delaware Avenue
Buffalo, NY 14217

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $18,476.10 |
|---|---|---|---|

**Dobmeier Janitor Supply Inc.**
**354 Englewood Avenue**
**Buffalo, NY 14223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,205.66 |
|---|---|---|---|

**Draeger Inc.**
**3135 Quarry Road**
**Telford, PA 18969**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,875.00 |
|---|---|---|---|

**DrFirst.com Inc.**
**9420 Key West Avenue**
**Suite 230**
**Rockville, MD 20850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,897.31 |
|---|---|---|---|

**Dutch Opthalmic USA**
**10 Continental Drive Bldg 1**
**Exeter, NH 03833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $20,833.34 |
|---|---|---|---|

**Eastern Great Lakes Pathology**
**PO Box 815**
**Niagara Falls, NY 14303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $98.53 |
|---|---|---|---|

**Eastern Niagara Hospital Inc. Petty Cash**
**521 East Avenue**
**Lockport, NY 14094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $60,303.11 |
|---|---|---|---|

**Eastern Niagara Svcs Organization**
**5875 Transit Road**
**Lockport, NY 14094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,000.04 |
|---|---|---|---|

**Eastern Vacuum and Compressor Svcs**
**4570 Middle Road**
**Rushville, NY 14544**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $973.56 |
|---|---|---|---|

**EcoLab Institutional**
**PO Box 905327**
**Charlotte, NC 28290-5327**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,009.81 |
|---|---|---|---|

**Ehrlich Co. Inc.**
**505 Duke Road, Suite 300**
**Buffalo, NY 14225**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83.95 |
|---|---|---|---|

**EM Cahill Company Inc.**
**519 South Wilber Avenue**
**Syracuse, NY 13204**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EMC Corporation**
**176 South Street**
**Hopkinton, MA 01748**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $554.25 |
|---|---|---|---|

**Environmental Services Group (NY)**
**177 Wales Avenue**
**Tonawanda, NY 14150**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,076.09 |
|---|---|---|---|

**ESCAN**
**33206 Collection Center Drive**
**Chicago, IL 60693-0331**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-19-12342-CLB,   Doc 103,   Filed 11/27/19,   Entered 11/27/19 14:45:51,
Description: Main Document , Page 40 of 115

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $420.00 |
|---|---|---|---|

**Esolutions**
WS#165
PO Box 414378
Kansas City, MO 64141-4378

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Evans Bank, N.A.**
1 Grimsby Drive
Hamburg, NY 14075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,226.83 |
|---|---|---|---|

**Evoqua Water Technologies LLC**
Attn: Legal Department
210 Sixth Avenue, Suite 3300
Pittsburgh, PA 15222

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.43 |
|---|---|---|---|

**Federal Express Co.**
199 Aero Drive
Buffalo, NY 14225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,487.82 |
|---|---|---|---|

**FFF Enterprises**
44000 Winchester Road
Temecula, CA 92590

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,865.00 |
|---|---|---|---|

**Fibertech Medical USA LLC**
1533 Monument Street
Concord, MA 01742-5325

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,799.29 |
|---|---|---|---|

**Fisher Healthcare**
4500 Turnberry Drive
Hanover Park, IL 60133

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,000.00 |
| --- | --- | --- | --- |

**Flex Operating Room LLC**
**1175 Pittsford Victor Road**
**Suite 140**
**Pittsford, NY 14534**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11.99 |
| --- | --- | --- | --- |

**Flint Brothers**
**2769 Main Street**
**Newfane, NY 14108**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,889.00 |
| --- | --- | --- | --- |

**Fortec Litho NY, LLC**
**10125 Wellman Road**
**Streetsboro, OH 44241**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $287.47 |
| --- | --- | --- | --- |

**Fresenius Kabi LLC**
**25476 Network Place**
**Chicago, IL 60673-1254**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,888.53 |
| --- | --- | --- | --- |

**Fresenius USA Marketing Inc.**
**920 Winter Street**
**Waltham, MA 02451-1457**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,420.00 |
| --- | --- | --- | --- |

**FTS Management Inc.**
**7475 N Clare Avenue**
**PO Box 800**
**Harrison, MI 48625**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $992.25 |
| --- | --- | --- | --- |

**Garfunkel Wild PLC**
**111 Great Neck Road**
**Great Neck, NY 11021**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 1-19-12342-CLB,    Doc 103,    Filed 11/27/19,    Entered 11/27/19 14:45:51,
Description: Main Document  , Page 42 of 115

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,832.84 |
|---|---|---|---|

**GE Healthcare**
**101 Carnegie Center**
**Princeton, NJ 08540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,150.80 |
|---|---|---|---|

**Gerster Trane**
**45 Earhart Drive**
**Suite 103**
**Buffalo, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $665.39 |
|---|---|---|---|

**Getinge USA Sales LLC**
**45 Barbour Pond Drive**
**Wayne, NJ 07470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,512.49 |
|---|---|---|---|

**Gorenflo's Buffalo Wholesale Lock**
**1349 Main Street**
**Buffalo, NY 14209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,991.22 |
|---|---|---|---|

**Grainger Inc.**
**50 McKesson Parkway**
**PO Box 234**
**Buffalo, NY 14225-5116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Great Lakes Surgical Inc.**
**14200 W Greenfield Avenue**
**Brookfield, WI 53005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,166.67 |
|---|---|---|---|

**Guardian**
**PO Box 8500 5160**
**Philadelphia, PA 19178-5160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-19-12342-CLB, Doc 103, Filed 11/27/19, Entered 11/27/19 14:45:51,
Description: Main Document , Page 43 of 115

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $491.25 |
| --- | --- | --- | --- |
| | **Hardy Diagnostics**<br>**1430 W McCoy Lane**<br>**Santa Maria, CA 93455** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
| --- | --- | --- | --- |
| | **Harris Beach PLLC**<br>**99 Garnsey Road**<br>**Pittsford, NY 14534** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38.00 |
| --- | --- | --- | --- |
| | **Health Care Logistics, Inc.**<br>**PO Box 25**<br>**Circleville, OH 43113** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.88 |
| --- | --- | --- | --- |
| | **Health Care Technology**<br>**200 Butterfield Drive**<br>**Ashland, MA 01721** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,500.00 |
| --- | --- | --- | --- |
| | **Health Facility Assessment Fund**<br>**PO Box 4757**<br>**Syracuse, NY 13221-4757** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.00 |
| --- | --- | --- | --- |
| | **Health System Services**<br>**6867 Williams Road**<br>**Niagara Falls, NY 14304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,448.72 |
| --- | --- | --- | --- |
| | **Health Wear of WNY**<br>**3 Peuquet Parkway**<br>**Tonawanda, NY 14150-2413** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,213.43 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|------------|
| | **Healthcare Association NYS Inc.**<br>**PO Box 5535 GPO**<br>**New York, NY 10087-5535** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82.90 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|--------|
| | **Healthmark Industries**<br>**3080 Momentum Place**<br>**Chicago, IL 60689-5330** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,562.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|------------|
| | **Hologic Limited Partnership**<br>**250 Campus Drive**<br>**Marlborough, MA 01752** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,242.56 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|------------|
| | **Hoot LLC**<br>**54 Bridlewood Drive**<br>**Lockport, NY 14094** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-----------|
| | **Howard P. Schultz & Associates**<br>**360 Delaware Avenue, Suite 200**<br>**Buffalo, NY 14202-1600** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $243.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|
| | **ICAD Inc.**<br>**98 Spitbrook Road**<br>**Suite 100**<br>**Nashua, NH 03062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,848.72 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-----------|
| | **Immucor Inc.**<br>**3130 Gateway Drive**<br>**Norcross, GA 30091-5625** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,744.00 |
|---|---|---|---|
| | **Imperial Door Controls Inc.**<br>**85 Oriskany Drive**<br>**Tonawanda, NY 14156** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $360,170.16 |
|---|---|---|---|
| | **Independent Health Association**<br>**Dept 264**<br>**PO Box 8000**<br>**Buffalo, NY 14267-0002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number _0557_ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,590.00 |
|---|---|---|---|
| | **Infusystem**<br>**11130 Strang Line Road**<br>**Lenexa, KS 66215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $295.00 |
|---|---|---|---|
| | **Inhealth Technologies**<br>**1110 Mark Avenue**<br>**Carpinteria, CA 93013-2918** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,600.00 |
|---|---|---|---|
| | **Inland Northwest Health Services Inc.**<br>**601 West 1st Avenue**<br>**Spokane, WA 99201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,354.68 |
|---|---|---|---|
| | **Integra**<br>**311 Enterprise Drive**<br>**Plainsboro, NJ 08536** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,912.00 |
|---|---|---|---|
| | **Interface People**<br>**2274 Rockbrook Drive**<br>**Lewisville, TX 75067** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,420.44 |
|---|---|---|---|

**Interstate All Battery Center**
**7808 Transit Road**
**Buffalo, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $115,269.05 |
|---|---|---|---|

**Intuitive Surgical Inc.**
**1266 Kifer Road**
**Sunnvale, CA 94086-5206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2004**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,806.74 |
|---|---|---|---|

**J & J Health Care Systems**
**425 Hoes Lane**
**Piscataway, NJ 08855-6800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,293.66 |
|---|---|---|---|

**J.H. Dodman Meat Co.**
**116 Michigan Avenue**
**Buffalo, NY 14204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $526.17 |
|---|---|---|---|

**Jacob Kern and Sons Inc.**
**56 Nicholls Street**
**Lockport, NY 14094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,545.00 |
|---|---|---|---|

**John W. Danforth Co.**
**300 Colvin Woods Parkway**
**Tonawanda, NY 14150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,666.79 |
|---|---|---|---|

**Johnston Paper Co. Inc.**
**2 Eagle Drive**
**Auburn, NY 13021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 1-19-12342-CLB,    Doc 103,    Filed 11/27/19,    Entered 11/27/19 14:45:51,
Description: Main Document  , Page 47 of 115

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $909.00 |
| --- | --- | --- | --- |
| | **Joseph Glickman & Associates**<br>**94 Broadmoor Drive**<br>**Tonawanda, NY 14150** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250,824.00 |
| --- | --- | --- | --- |
| | **Kaleida Health Dept of Finance**<br>**726 Exchange Street**<br>**Suite 200**<br>**Buffalo, NY 14210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $198,514.22 |
| --- | --- | --- | --- |
| | **Kaleida Health Patient**<br>**726 Exchange Street, Suite 300**<br>**Buffalo, NY 14210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ **0751** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,074.75 |
| --- | --- | --- | --- |
| | **Karl Storz Endoscopy American**<br>**91 Carpenter Hill Road**<br>**Charlton, MA 01507** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,008.34 |
| --- | --- | --- | --- |
| | **KCI USA**<br>**PO Box 301557**<br>**Dallas, TX 75303-1557** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $220,368.20 |
| --- | --- | --- | --- |
| | **Keystone Medical Services**<br>**Crescent Center**<br>**6075 Poplar Avenue, Suite 401**<br>**Memphis, TN 38119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ **0538** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $394.50 |
| --- | --- | --- | --- |
| | **Kirwan Surgical**<br>**180 Enterprise Drive**<br>**Marshfield, MA 02050** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 1-19-12342-CLB, Doc 103, Filed 11/27/19, Entered 11/27/19 14:45:51, Description: Main Document , Page 48 of 115

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,555.45** |
|---|---|---|---|

**Koester Associates Inc.**
**RR#5, Box 620**
**Suite 7 Madison Boulevard**
**Canastota, NY 13032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58.47** |
|---|---|---|---|

**Korff Electric, Inc.**
**60 Market Street**
**Lockport, NY 14094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$73,202.99** |
|---|---|---|---|

**Laboratory Corp America Holdings**
**PO Box 12140**
**Burlington, NC 27216-2140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$119.86** |
|---|---|---|---|

**Language Services Associates**
**455 Business Center Drive**
**Suite 100**
**Horsham, PA 19044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,126.00** |
|---|---|---|---|

**Laser Solutions**
**PO Box 642**
**Lockport, NY 14095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,593.92** |
|---|---|---|---|

**Lawns Unlimited Landscaping**
**2344 Hess Road**
**Appleton, NY 14008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,439.57** |
|---|---|---|---|

**Life Gas**
**10 Arrowhead Lane**
**Cohoes, NY 12047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $391.61 |
| --- | --- | --- | --- |
| | Life Instrument Corporation<br>91 French Avenue<br>Braintree, MA 02184 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,665.82 |
| --- | --- | --- | --- |
| | Lifenet Health<br>PO Box 79636<br>Baltimore, MD 21279-0636 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.23 |
| --- | --- | --- | --- |
| | Lineage<br>150 Lawrence Bell Drive<br>Suite 100<br>Buffalo, NY 14221 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.84 |
| --- | --- | --- | --- |
| | Linstar Inc.<br>430 Lawrence Bell Drive<br>Buffalo, NY 14221-7085 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,680.00 |
| --- | --- | --- | --- |
| | Localedge<br>1945 Sheridan Drive<br>Buffalo, NY 14223 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148.36 |
| --- | --- | --- | --- |
| | Lockport Journal<br>170 East Avenue<br>Lockport, NY 14094 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
| --- | --- | --- | --- |
| | LSA Video Inc.<br>455 Business Center Drive<br>Suite 100<br>Horsham, PA 19044 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $297.00 |
|---|---|---|---|

**M Carter Decor / Abbey Carpet**
**360 West Avenue**
**Lockport, NY 14094**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,889.57 |
|---|---|---|---|

**Macro Helix LLC**
**PO Box 742256**
**Atlanta, GA 30374-2256**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,769.00 |
|---|---|---|---|

**Mader Construction**
**970 Bullis Road**
**PO Box 420**
**Elma, NY 14059**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38.00 |
|---|---|---|---|

**Mainline Medical, Inc.**
**3250-J Peachtree Corners Circle**
**Elma, NY 14059**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,137.81 |
|---|---|---|---|

**Mar Cor Purification**
**4450 Township Line Road**
**PO Box 1429**
**Skippack, PA 19474-1429**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,024.90 |
|---|---|---|---|

**Marketlab Inc.**
**6850 Southbelt Drive SE**
**Caledonia, MI 49316-7680**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,794.00 |
|---|---|---|---|

**Masimo**
**40 Parker**
**Irvine, CA 92618-1604**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-19-12342-CLB,   Doc 103,   Filed 11/27/19,   Entered 11/27/19 14:45:51,
Description: Main Document  , Page 51 of 115

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,555.00 |
|---|---|---|---|

**MaxMD**
**2200 Fletcher Avenue, Suite 506**
**Fort Lee, NJ 07024-5063**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83,701.64 |
|---|---|---|---|

**McKesson Medical-Surgical Inc.**
**8741 Landmark Road**
**Henrico, VA 23228**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $374.50 |
|---|---|---|---|

**McMaster-Carr Supply Co.**
**PO Box 94930**
**Cleveland, OH 44101-4930**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129.50 |
|---|---|---|---|

**Med-Label**
**4 Briarhurst Drive**
**Flanders, NJ 07836**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,548.84 |
|---|---|---|---|

**Medcom Solutions Inc.**
**1010 Ohio River Boulevard**
**Suite 200**
**Pittsburgh, PA 15202**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $826.98 |
|---|---|---|---|

**Medi-Dose Inc.**
**70 Industrial Drive**
**Warminster, PA 18974**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,196.00 |
|---|---|---|---|

**Media Displays Inc.**
**109 S Main Street, Box 434**
**Harrisville, PA 16038**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,348.00 |
|---|---|---|---|
| | **Medical Information Technology, Inc.**<br>**Meditech Circle**<br>**Westwood, MA 02090** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77,345.00 |
|---|---|---|---|
| | **Medical Liability Mutual**<br>**8 British American Boulevard**<br>**Latham, NY 12110-1415** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,724.95 |
|---|---|---|---|
| | **Medivators Incorporated**<br>**14605 28th Avenue North**<br>**Minneapolis, MN 55447** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,846.28 |
|---|---|---|---|
| | **Medline Industries Inc.**<br>**One Medline Place**<br>**Mundelein, IL 60060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,343.91 |
|---|---|---|---|
| | **Medtox Laboratories Inc.**<br>**402 West Country Road D**<br>**Saint Paul, MN 55112-3597** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,800.00 |
|---|---|---|---|
| | **Medtronic**<br>**710 Medtronic Parkway**<br>**Minneapolis, MN 55432-5604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,293.00 |
|---|---|---|---|
| | **Memorial Blood Centers**<br>**737 Pelham Boulevard**<br>**Saint Paul, MN 55114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,632.45** |
|---|---|---|---|

**Merit Medical Systems Inc.**
**1600 West Merit Parkway**
**South Jordan, UT 84095**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,549.14** |
|---|---|---|---|

**Merry X-Ray Inc.**
**133 Industry Drive**
**RIDC West**
**Pittsburgh, PA 15275**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,130.48** |
|---|---|---|---|

**Messer North America**
**200 Somerset Corporate Boulevard**
**Suite 7000**
**Bridgewater, NJ 08807**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,662.50** |
|---|---|---|---|

**Metrodata Inc.**
**403 Main Street, Suite 624**
**Buffalo, NY 14203**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,219.00** |
|---|---|---|---|

**Microsurgical Technology**
**8415 154 Avenue NE**
**Redmond, WA 98052**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$564.62** |
|---|---|---|---|

**Microtek Medical Inc.**
**PO Box 2487**
**Columbus, MS 39704-2487**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Midland States Bank**
**7700 Bonhomme Avenue, Suite 300**
**Saint Louis, MO 63105**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,953.30 |
|---|---|---|---|
| | **Midstate Bakery Distributors, Inc.**<br>PO Box 23354<br>Rochester, NY 14692 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,106.25 |
|---|---|---|---|
| | **Milligray & Associates**<br>2141 Williston Heights<br>Marilla, NY 14102-9717 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,377.22 |
|---|---|---|---|
| | **Mindray DS USA Inc.**<br>1300 MacArthur Boulevard<br>Mahwah, NJ 07430 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $813.50 |
|---|---|---|---|
| | **Mirion Technologies Inc.**<br>PO Box 19536<br>Irvine, CA 92623 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,760.00 |
|---|---|---|---|
| | **Misonix Inc.**<br>1938 New Highway<br>Farmingdale, NY 11735 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,629.50 |
|---|---|---|---|
| | **MJ Mechanical Services, Inc.**<br>95 Pirson Parkway<br>Tonawanda, NY 14150 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|
| | **Mobile Digital Imaging**<br>2795 Genesee Street<br>Buffalo, NY 14225 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,865.69 |
|---|---|---|---|
| | **Modern Disposal Services, Inc.**<br>**PO Box 209**<br>**Model City, NY 14107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,444.25 |
|---|---|---|---|
| | **Mohawk Hospital Equipment Inc.**<br>**335 Columbia Street**<br>**Utica, NY 13503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,926.50 |
|---|---|---|---|
| | **Montondo's Seafood Inc.**<br>**201 East Avenue**<br>**Lockport, NY 14094** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $312.75 |
|---|---|---|---|
| | **Mortan Inc.**<br>**PO Box 8719**<br>**Missoula, MT 59807** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,674.96 |
|---|---|---|---|
| | **Muirhead Co. Inc., B J**<br>**115 Mid County Drive**<br>**Orchard Park, NY 14127** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.00 |
|---|---|---|---|
| | **Murphy TV & Appliances**<br>**6300 South Transit Road**<br>**Lockport, NY 14094** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $467,480.00 |
|---|---|---|---|
| | **Musculoskeletal Transplant Foundation**<br>**125 May Street, Suite 300**<br>**Edison, NJ 08837** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **4950** | Is the claim subject to offset? ■ No ☐ Yes | |

Case 1-19-12342-CLB, Doc 103, Filed 11/27/19, Entered 11/27/19 14:45:51,
Description: Main Document , Page 56 of 115

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,850.00 |
|---|---|---|---|

**MYCO Instrumentation Inc.**
21507 State Route 410E
Suite B
Bonney Lake, WA 98391

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,772.45 |
|---|---|---|---|

**National Grid**
PO Box 11742
Newark, NJ 07101-4742

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,070.40 |
|---|---|---|---|

**NCB Medical Coding Specialists Inc.**
8975 Main Street
Clarence, NY 14031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,132.50 |
|---|---|---|---|

**New England Medical Specialists**
PO Box 329
354 Old Whitfield Street
Guilford, CT 06437

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,980.61 |
|---|---|---|---|

**New York State Electric & Gas Corp.**
PO Box 5550
Ithaca, NY 14852-5550

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.41 |
|---|---|---|---|

**Newcomer Supply**
2505 Parview Road
Hayesville, IA 52562

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,062.50 |
|---|---|---|---|

**Niagara Falls Memorial Med Centre**
621 Tenth Street
Niagara Falls, NY 14302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $127.54 |
| --- | --- | --- | --- |
| | **Niagara Frontier Equipment Sales**<br>**4060 Lake Avenue**<br>**Lockport, NY 14094** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,139.60 |
| --- | --- | --- | --- |
| | **Nuance Communications**<br>**One Wayside Drive**<br>**Burlington, MA 01803** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,875.88 |
| --- | --- | --- | --- |
| | **NY Imaging**<br>**1 D'Alfonso Road**<br>**Newburgh, NY 12550** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,804.05 |
| --- | --- | --- | --- |
| | **NYS Unemployment Insurance**<br>**PO Box 4301**<br>**Binghamton, NY 13902-4301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,380.00 |
| --- | --- | --- | --- |
| | **Ohio Medical Corporation**<br>**1111 Lakeside Drive**<br>**Gurnee, IL 60031-4099** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,921.64 |
| --- | --- | --- | --- |
| | **Olympus America Inc.**<br>**Attn: Legal Department**<br>**350 Corporate Parkway**<br>**Center Valley, PA 18034-0610** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,418.00 |
| --- | --- | --- | --- |
| | **Omnicell Inc.**<br>**1201 Charleston Road**<br>**Mountain View, CA 94043** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,888.77 |
| --- | --- | --- | --- |
| | Optum<br>PO Box 27116<br>Salt Lake City, UT 84127 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,750.00 |
| --- | --- | --- | --- |
| | Organogenesis Inc.<br>150 Dan Road<br>Canton, MA 02021 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,393.54 |
| --- | --- | --- | --- |
| | Ortho Clinical Diagnostic<br>100 Inigo Creek<br>Rochester, NY 14626-0871 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $603.59 |
| --- | --- | --- | --- |
| | Ozark Biomedical, LLC<br>1001 Commerce Place<br>Beebe, AR 72012 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,599.97 |
| --- | --- | --- | --- |
| | Pacific Medical Supply<br>Attn: Accounts Receivable<br>33047 Calle Aviador, Suite C<br>San Juan Capistrano, CA 92675 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,943.00 |
| --- | --- | --- | --- |
| | Pandion Optimization Alliance<br>3445 Winton Place, Suite 222<br>Rochester, NY 14623-2950 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $290.55 |
| --- | --- | --- | --- |
| | Paper Direct, Inc.<br>4875 White Bear Parkway<br>Saint Paul, MN 55110 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 1-19-12342-CLB, Doc 103, Filed 11/27/19, Entered 11/27/19 14:45:51,
Description: Main Document , Page 59 of 115

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120,750.00 |
|---|---|---|---|

**Paradigm Spine LLC**
**505 Park Avenue, 14th Floor**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _2616_

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,031.29 |
|---|---|---|---|

**Partssource, LLC**
**1930 Case Parkway North**
**Twinsburg, OH 44087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $353.95 |
|---|---|---|---|

**Patterson Medical**
**PO Box 5071**
**Bolingbrook, IL 60440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $804.52 |
|---|---|---|---|

**PC Connection Inc.**
**730 Milford Road**
**Merrimack, NH 03054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56.00 |
|---|---|---|---|

**Pediatric Cardiology Assoc. of WNY**
**936 Delaware Avenue, Suite 100**
**Buffalo, NY 14209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $190.00 |
|---|---|---|---|

**Pentax Medical Company**
**3 Paragon Drive**
**Montvale, NJ 07645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,964.43 |
|---|---|---|---|

**Pepsi-Cola Company**
**6120 Lendell Drive**
**Sanborn, NY 14132-9198**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $930.50 |
|---|---|---|---|

**PFM Medical Inc.**
**1916 Palomar Oaks Way**
**Suite 150**
**Carlsbad, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,018.08 |
|---|---|---|---|

**Philips Healthcare**
**3000 Minuteman Road, MS0400**
**Andover, MA 01810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Physician's Record Co.**
**3000 S Ridgeland Avenue**
**Berwyn, IL 60402-7000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,925.10 |
|---|---|---|---|

**Plumb Master**
**PO Box 700**
**Concordville, PA 19331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96,122.20 |
|---|---|---|---|

**PMA Companies**
**380 Sentry Parkway**
**Blue Bell, PA 19422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **2137**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96,122.20 |
|---|---|---|---|

**PMAIC**
**380 Sentry Parkway**
**PO Box 3031**
**Blue Bell, PA 19422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PNCEF, LLC dba PNC Equipment Finance**
**2300 Cabot Drive, Suite 335**
**Lisle, IL 60532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-19-12342-CLB,   Doc 103,   Filed 11/27/19,   Entered 11/27/19 14:45:51,
Description: Main Document  , Page 61 of 115

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.28 |
|---|---|---|---|

**Pooley Inc.**
**196 Vulcan Street**
**Buffalo, NY 14207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.04 |
|---|---|---|---|

**Posey Company**
**5635 Peck Road**
**Arcadia, CA 91006-0020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39.50 |
|---|---|---|---|

**Povinelli Cutlery**
**3810 Union Road**
**Buffalo, NY 14225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,445.65 |
|---|---|---|---|

**Precision Dynamics Corporation**
**27770 N Entertainment Drive**
**Suite 200**
**Valencia, CA 91355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,594.84 |
|---|---|---|---|

**Press, Ganey Associates, Inc.**
**Box 88335**
**Milwaukee, WI 53288-0335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $222.00 |
|---|---|---|---|

**Psychemedics Corporation**
**PO Box 4163**
**Woburn, MA 01888-4163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,771.00 |
|---|---|---|---|

**Public Goods Pool**
**PO Box 4757**
**Syracuse, NY 13221-4757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,836.00** |
|---|---|---|---|

**Public Goods Pool**
PO Box 4757
Syracuse, NY 13221-4757

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$244.60** |
|---|---|---|---|

**Quality Plus Inc.**
60 Lawrence Bell Drive
Buffalo, NY 14221-7074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,254.01** |
|---|---|---|---|

**Quest Diagnostics**
PO Box 740709
Atlanta, GA 30374-0709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,792.75** |
|---|---|---|---|

**Rel Comm Inc.**
250 Cumberland Street
Suite 214
Rochester, NY 14605-2801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00** |
|---|---|---|---|

**Reliant Medical Equipment**
3807 Harlem Road
Buffalo, NY 14215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,665.96** |
|---|---|---|---|

**Relias LLC**
PO Box 74008620
Chicago, IL 60674-8620

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Revint Solutions**
6 Hillman Drive
Suite 100
Chadds Ford, PA 19317

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 1-19-12342-CLB,   Doc 103,   Filed 11/27/19,   Entered 11/27/19 14:45:51,
Description: Main Document  , Page 63 of 115

| | | |
|---|---|---|
| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,505.75** |

**Ronco Specialized Systems Inc.**
**84 Grand Island Boulevard**
**Tonawanda, NY 14150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$272.82** |

**RR Donnelley**
**2351 North Forest Road**
**Suite 100**
**Getzville, NY 14068-1225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$184.80** |

**Russ Medical Specialties**
**520 N. 3rd Street**
**Wilmington, NC 28402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,167.12** |

**S & S Worldwide Inc.**
**PO Box 513**
**Colchester, CT 06415-0513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$4,141.92** |

**Safeguard Business Systems**
**7030 East Genesee Street**
**Fayetteville, NY 13066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$4,303.46** |

**Sanofi Pasteur**
**Rt 611**
**PO Box 187**
**Swiftwater, PA 18370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$18,296.28** |

**Schlinder Elevator Corp.**
**435 Lawrence Bell Drive**
**Suite 7A**
**Buffalo, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,489.15 |
|---|---|---|---|

**Shred-It USA LLC**
**440 Lawrence Bell Drive**
**Suite 2**
**Buffalo, NY 14221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,224.66 |
|---|---|---|---|

**Siemens Bldg Technologies**
**85 Northpointe Parkway**
**Suite 8**
**Buffalo, NY 14228-1886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,054.16 |
|---|---|---|---|

**Siemens Healthcare Diagnostics Inc.**
**First Nat. Bank of Chicago**
**PO Box 93579**
**Chicago, IL 60673-3579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130,407.83 |
|---|---|---|---|

**Siemens Medical Solutions USA Inc.**
**40 Liberty Boulevard**
**Malvern, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **1723**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,300.00 |
|---|---|---|---|

**SJB Services Inc.**
**5167 South Park Avenue**
**Hamburg, NY 14075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,800.00 |
|---|---|---|---|

**Smart Surgical Inc.**
**3501 West Elder Street**
**Suite 104**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,833.14 |
|---|---|---|---|

**Smith Medical ASD, Inc.**
**226 West Street**
**Keene, NH 03431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,964.77 |
|---|---|---|---|

**Smith Nephew Endoscopy**
**160 Dascomb Road**
**Andover, MA 01810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,004.42 |
|---|---|---|---|

**Smith Nephew Orthopedic**
**1450 Brooks Road**
**Memphis, TN 38116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $292.48 |
|---|---|---|---|

**Spalding Hardware**
**215 Davison Road**
**Lockport, NY 14094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,750.00 |
|---|---|---|---|

**Spinal Elements**
**1755 West Oak Parkway**
**Marietta, GA 30062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $208,711.00 |
|---|---|---|---|

**Spinal USA Inc.**
**2050 Executive Drive**
**Pearl, MS 39208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2562**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $563.50 |
|---|---|---|---|

**SPS Medical Supply Corp**
**6789 W Henrietta Road**
**Rush, NY 14543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.86 |
|---|---|---|---|

**Stahl M.D., David**
**21 North Main Street**
**Middleport, NY 14105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-19-12342-CLB, Doc 103, Filed 11/27/19, Entered 11/27/19 14:45:51,
Description: Main Document , Page 66 of 115

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $505.76 |
|---|---|---|---|

**Statlab Medical Products**
**2090 Commerce Drive**
**McKinney, TX 75069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,866.41 |
|---|---|---|---|

**Stericycle**
**3 Expressway Plaza**
**Suite 110**
**Roslyn Heights, NY 11577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,988.21 |
|---|---|---|---|

**Steris Corporation**
**5960 Heisley Road**
**Mentor, OH 44060-1834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.46 |
|---|---|---|---|

**Strate Welding Supply Co.**
**6776 N Canal Road**
**Lockport, NY 14094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,346.31 |
|---|---|---|---|

**Stryker Instruments**
**2825 Airview Boulevard**
**Portage, MI 49002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $399,104.20 |
|---|---|---|---|

**Stryker Orthopaedics**
**325 Corporate Drive**
**Mahwah, NJ 07430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **1008**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Stuart Sports, Inc.**
**486 Center Street**
**Lewiston, NY 14092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $465.36 |
|---|---|---|---|

**Summit Print & Mail LLC**
**6042 Old Beattie Road**
**Lockport, NY 14094**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,264.29 |
|---|---|---|---|

**Symmetry Surgical**
**3034 Owen Drive**
**Antioch, TN 37013**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,405.00 |
|---|---|---|---|

**Synergy Global Solutions, Inc.**
**7871 Lehigh Crossing Drive, #1**
**Victor, NY 14564**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,063.00 |
|---|---|---|---|

**Synthes USA**
**1690 Russell Road**
**PO Box 1766**
**Paoli, PA 19301-0800**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,388.00 |
|---|---|---|---|

**Teamviewer Germany GMBH**
**PO Box 743135**
**Atlanta, GA 30374**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,920.00 |
|---|---|---|---|

**Tela Bio Inc.**
**One Great Valley Parkway**
**Suite 24**
**Malvern, PA 19355**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,130.45 |
|---|---|---|---|

**Teleflex LLC**
**3015 Carrington Mill Boulevard**
**Morrisville, NC 27560**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,855.20 |
|---|---|---|---|

**Teleflex Medical Inc.**
PO Box 12600
2917 Weck Drive
Durham, NC 27709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,160.00 |
|---|---|---|---|

**The Drain Doctor**
1400 College Avenue
Niagara Falls, NY 14305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,872.16 |
|---|---|---|---|

**TimeWarner Cable**
2604 Seneca Avenue
Niagara Falls, NY 14305-3299

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,125.00 |
|---|---|---|---|

**Tremco WNY**
PO Box 104
Lancaster, NY 14086

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,553.16 |
|---|---|---|---|

**Tri - Anim Health Services**
201-A Avenue B
Youngwood, PA 15697

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,650.00 |
|---|---|---|---|

**Tri-Delta Resources Corp.**
15 North Street
Canandaigua, NY 14424

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109,878.26 |
|---|---|---|---|

**Trimedx Health Care Equipment**
5451 Lakeview Parkway South Drive
Indianapolis, IN 46268

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  0108

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|
| | **Tru Quality Medical Inc.**<br>**PO Box 925**<br>**Fenton, MI 48430** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,427.50 |
|---|---|---|---|
| | **Trusted Nurse Staffing LLC**<br>**500 Seneca Street**<br>**Suite 501**<br>**Buffalo, NY 14204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,390.36 |
|---|---|---|---|
| | **Twin City Ambulance Corp**<br>**PO Box 536032**<br>**Pittsburgh, PA 15253-5902** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,490.73 |
|---|---|---|---|
| | **U&S Services, Inc.**<br>**f/k/a SmartEdge**<br>**95 Stark Street**<br>**Tonawanda, NY 14150** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $495.00 |
|---|---|---|---|
| | **Ulrich Sign Co.**<br>**177 Oakhurst Street**<br>**Lockport, NY 14094** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,151.48 |
|---|---|---|---|
| | **Unifirst Corporation**<br>**3999 Jeffrey Boulevard**<br>**Buffalo, NY 14219** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126.84 |
|---|---|---|---|
| | **United Parcel Service**<br>**PO Box 7247-0244**<br>**Philadelphia, PA 19170-0001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.328 | **Nonpriority creditor's name and mailing address**<br>**University at Buffalo Surgeons Inc.**<br>**100 High Street**<br>**Buffalo, NY 14203**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$0.00** |
| 3.329 | **Nonpriority creditor's name and mailing address**<br>**Upstate Niagara Cooperative Inc.**<br>**1730 Dale Road**<br>**Buffalo, NY 14225**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$1,904.42** |
| 3.330 | **Nonpriority creditor's name and mailing address**<br>**Uresil**<br>**5418 West Touhy Avenue**<br>**Skokie, IL 60077**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$270.00** |
| 3.331 | **Nonpriority creditor's name and mailing address**<br>**US Foodservice**<br>**125 Gardenville Parkway West**<br>**Buffalo, NY 14224**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$80,385.07** |
| 3.332 | **Nonpriority creditor's name and mailing address**<br>**Usherwood Office Technology**<br>**2595 Brighton Henrietta Town Line Road**<br>**Rochester, NY 14623**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$8,052.60** |
| 3.333 | **Nonpriority creditor's name and mailing address**<br>**Vapotherm Inc.**<br>**100 Domain Drive**<br>**Exeter, NH 03833**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$4,155.00** |
| 3.334 | **Nonpriority creditor's name and mailing address**<br>**Verizon**<br>**PO Box 15124**<br>**Albany, NY 12212-5124**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | **$673.64** |

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,188.20 |
|---|---|---|---|

**VRP NY P.A.**
**25983 Network Place**
**Chicago, IL 60673-1259**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,155.48 |
|---|---|---|---|

**WB Mason Co Inc.**
**59 Centre Street**
**Brockton, MA 02303**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**Weiler, M.D., Mary**
**3983 Wilson-Cambria Road**
**Ransomville, NY 14131**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,350.49 |
|---|---|---|---|

**Wendel Architects & Engineers**
**375 Essjay Road, Suite 200**
**Buffalo, NY 14221**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,555.15 |
|---|---|---|---|

**Werfen USA LLC**
**180 Hartwell Road**
**Bedford, MA 01730-2443**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,847.00 |
|---|---|---|---|

**West Coast Medical Resources**
**520 Howard Court**
**Clearwater, FL 33756**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,279.64 |
|---|---|---|---|

**Windstream**
**PO Box 9001013**
**Louisville, KY 40290-1013**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,900.00 |
|---|---|---|---|

**WNY Medical Practice PC**
**1425 Portland Avenue**
**Rochester, NY 14621**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151,396.76 |
|---|---|---|---|

**X-Cell Laboratories of WNY Inc.**
**20 Northpointe Parkway, Suite 100**
**Buffalo, NY 14228**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  4215

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,691.00 |
|---|---|---|---|

**Xodus Medical Inc.**
**702 Prominence Drive**
**New Kensington, PA 15068**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $615.49 |
|---|---|---|---|

**Z-Medica**
**4 Fairfield Boulevard**
**Wallingford, CT 06492**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129,913.75 |
|---|---|---|---|

**Zimmer Biomet Spine Inc.**
**1800 West Center Street**
**Bldg 5 MS-5162**
**Warsaw, IN 46580**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  2979

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,699.73 |
|---|---|---|---|

**Zimmer USA**
**40 Centre Drive**
**Orchard Park, NY 14127**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Siemens Medical Solutions USA Inc.**<br>**51 Valley Stream Parkway**<br>**Mail Stop K14**<br>**Malvern, PA 19355** | Line  **3.289**<br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Zimmer Biomet Spine Inc.**<br>**10225 Westmoore Drive**<br>**Broomfield, CO 80021** | Line  **3.346** <br> ☐ Not listed. Explain ____ | _ |

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

|   |   | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                    9,315.49 |
| **5b. Total claims from Part 2** | 5b. + $ | 6,748,041.93 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $             6,757,357.42 |

Debtor name    **Eastern Niagara Hospital, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NY

Case number (if known)    **1-19-12342-CLB**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lockport - Collective Bargaining Agreement 4/1/2018 - 4/1/2021** | |
|---|---|---|---|
| | State the term remaining | | **1199 SEIU United Healthcare Workers East 310 West 43rd Street New York, NY 10036** |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Newfane Union Contract** | |
|---|---|---|---|
| | State the term remaining | **4/1/2018 - 3/31/2021** | **1199 SEIU United Healthcare Workers East 310 West 43rd Street New York, NY 10036** |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Ability Network Inc. Dept CH 16577 Palatine, IL 60055-6577** |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Advanced Medical Physics PLLC 840 Aero Drive, Suite 150 Buffalo, NY 14225** |
| | List the contract number of any government contract | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Advanced Technology Recycling** **601 East Prairie** **Pontiac, IL 61764** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Administration (RELIAS)** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **AHC Media LLC** **PO Box 74008620** **Chicago, IL 60674-8620** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Centurian Machines Cataract equipment contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Alcon Laboratories Inc.** **PO Box 99004** **Fort Worth, TX 76134** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Fire safety contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **All State Fire Equipment of WNY** **400 Mineral Springs Road** **Buffalo, NY 14224** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Amherst Cleaning Services** **270 Rosedale Boulevard** **Buffalo, NY 14226** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any | **Avantik** **36 Commerce Street** **Springfield, NJ 07081** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Baxter Healthcare Corp.** |
| | List the contract number of any government contract | **PO Box 33037** |
| | | **Newark, NJ 07188-0037** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Hazardous and Non-Harzardous Pharmaceuticals contract** |
|---|---|---|
| | State the term remaining | **BioServ** |
| | List the contract number of any government contract | **10 Gramar Avenue** |
| | | **Prospect, CT 06712** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Bridgehead Software Inc.** |
| | List the contract number of any government contract | **400 West Cummings Park** |
| | | **Suite 6050** |
| | | **Woburn, MA 01801** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Buffalo Alarm Inc.** |
| | List the contract number of any government contract | **1325 Millersport Highway** |
| | | **Suite 109** |
| | | **Buffalo, NY 14221** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Buffalo Materials Handling Corp.** |
| | List the contract number of any government contract | **PO Box 372** |
| | | **Clarence Center, NY 14032** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Buffalo Protection & Investigation** |
|---|---|---|
| | | **603 Division Street, Suite 30** |
| | | **North Tonawanda, NY 14120** |

Case 1-19-12342-CLB,   Doc 103,   Filed 11/27/19,   Entered 11/27/19 14:45:51, Description: Main Document , Page 77 of 115

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract

_____

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Self Pay Collections** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Capturenet**
**4835 East Cactus Road**
**Suite 430**
**Scottsdale, AZ 85254**

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Radiology contract** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Carestream Health Inc.**
**150 Verona Street**
**Rochester, NY 14608**

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Cooling Tower contract** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Chem-Aqua**
**PO Box 152170**
**Irving, TX 75015**

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Union Agreement** |
|---|---|---|

State the term remaining  **4/1/2016 - 3/31/2020**

List the contract number of any government contract

**Civil Service Employees Association, Inc**
**Local #1000, AFSCME, AFL-CIO**
** on behalf of Local #716**
**143 Washington Street**
**Albany, NY 12210**

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Community Computer Service Inc.**
**15 Hulbert Street**
**Auburn, NY 13021**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | | Core Sound Imaging Inc. 7000 Six Forks Road Suite 102 Raleigh, NC 27615 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Emergency Generator maintenance contract** | |
|---|---|---|---|
| | State the term remaining | | Cummins Northeast 700 Aero Drive Buffalo, NY 14225 |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Fire Alarm System maintenance contract** | |
|---|---|---|---|
| | State the term remaining | | Davis-Ulmer Sprinkler Co. Attn: Dennis Metz One Commerce Drive Buffalo, NY 14228-2395 |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Psychiatric Services Agreement dated 12/8/2017** | |
|---|---|---|---|
| | State the term remaining | 1/1/2018-12/31/2019 | Dewey, M.D., Seth G. 55 Pine Woods Drive North Tonawanda, NY 14120 |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | Diamond Healthcare Communications 231318 Momentum Place Chicago, IL 60689-5311 |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | Direct Energy Business Attn: Customer Relations 1001 Liberty Avenue Pittsburgh, PA 15222 |
| | List the contract number of any | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

**2.28.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Diversified Services**
**2900 Delaware Avenue**
**Buffalo, NY 14217**

**2.29.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**DrFirst.com Inc.**
**9420 Key West Avenue**
**Suite 230**
**Rockville, MD 20850**

**2.30.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Eastern Vacuum and Compressor Svcs**
**4570 Middle Road**
**Rushville, NY 14544**

**2.31.** State what the contract or lease is for and the nature of the debtor's interest    **Pest removal contract**

State the term remaining

List the contract number of any government contract

**Ehrlich Co. Inc.**
**505 Duke Road, Suite 300**
**Buffalo, NY 14225**

**2.32.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Environmental Services Group (NY)**
**177 Wales Avenue**
**Tonawanda, NY 14150**

**2.33.** State what the contract or lease is for and the nature of the debtor's interest    **Water Filter for Surgery contract**

**Evoqua Water Technologies LLC**
**Attn:  Legal Department**
**210 Sixth Avenue, Suite 3300**
**Pittsburgh, PA 15222**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **First Databank**<br>**701 Gateway Boulevard**<br>**Suite 600**<br>**South San Francisco, CA 94080** |
| | List the contract number of any government contract | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Loan contract for 2016 Silver Ford Escape - Balance $8,760** |
|---|---|---|
| | State the term remaining | **Ford Credit**<br>**Attn: Customer Service Center**<br>**P.O. Box 542000**<br>**Omaha, NE 68154-8000** |
| | List the contract number of any government contract | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Check overlays for AP and Payroll contract** |
|---|---|---|
| | State the term remaining | **FormFast Inc.**<br>**13421 Manchester Road**<br>**Suite 208**<br>**Saint Louis, MO 63131** |
| | List the contract number of any government contract | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Fortec Litho NY, LLC**<br>**10125 Wellman Road**<br>**Streetsboro, OH 44241** |
| | List the contract number of any government contract | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **FTS Management Inc.**<br>**7475 N Clare Avenue**<br>**PO Box 800**<br>**Harrison, MI 48625** |
| | List the contract number of any government contract | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Radiology equipment contract** | |
|---|---|---|---|
| | State the term remaining | | **GE Healthcare** |
| | List the contract number of any government contract | | **101 Carnegie Center** |
| | | | **Princeton, NJ 08540** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Gerster Trane** |
| | List the contract number of any government contract | | **45 Earhart Drive** |
| | | | **Suite 103** |
| | | | **Buffalo, NY 14221** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Great Lakes Hospital** |
| | List the contract number of any government contract | | **PO Box 275** |
| | | | **Buffalo, NY 14226** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Severance Agreement dated June 22, 2018** | |
|---|---|---|---|
| | State the term remaining | | **Haar, Clare A.** |
| | List the contract number of any government contract | | **900 Delaware Avenue, #301** |
| | | | **Buffalo, NY 14209** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Healthbanks** |
| | List the contract number of any government contract | | **1500 District Avenue** |
| | | | **Burlington, MA 01803** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Herschell, Suzanne** |
| | List the contract number of any | | **338 Brooksboro Drive** |
| | | | **Webster, NY 14580-9744** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| government contract | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | | |
| --- | --- | --- | --- |
| | State the term remaining | | HLS Healthcare Logistics Sys. LLC |
| | List the contract number of any government contract | | 5850 Coral Ridge Road #304 Fort Lauderdale, FL 33321 |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | | |
| --- | --- | --- | --- |
| | State the term remaining | | ICAD Inc. |
| | List the contract number of any government contract | | 98 Spitbrook Road Suite 100 Nashua, NH 03062 |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | IT contract | |
| --- | --- | --- | --- |
| | State the term remaining | | |
| | List the contract number of any government contract | | Inland Northwest Health Services Inc. 601 West 1st Avenue Spokane, WA 99201 |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | | |
| --- | --- | --- | --- |
| | State the term remaining | | Intelligent Medical Objects |
| | List the contract number of any government contract | | 9600 West Bryn Mawr Suite 100 Des Plaines, IL 60018 |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | | |
| --- | --- | --- | --- |
| | State the term remaining | | |
| | List the contract number of any government contract | | Interface People 2274 Rockbrook Drive Lewisville, TX 75067 |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | Union Collective Bargaining Agreement | International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, UAW Local 55 35 George Karl Boulevard, Suite 300 Buffalo, NY 14221 |
| --- | --- | --- | --- |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

|  | State the term remaining | 1/1/2018 - 12/31/2020 |
| --- | --- | --- |
|  | List the contract number of any government contract | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | ST100X (Sterrad Sterilizer) equipment contract | |
| --- | --- | --- | --- |
|  | State the term remaining | | J & J Health Care Systems |
|  | List the contract number of any government contract | | 425 Hoes Lane<br>Piscataway, NJ 08855-6800 |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | | |
| --- | --- | --- | --- |
|  | State the term remaining | | John W. Danforth Co. |
|  | List the contract number of any government contract | | 300 Colvin Woods Parkway<br>Tonawanda, NY 14150 |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | | |
| --- | --- | --- | --- |
|  | State the term remaining | | Johnson Controls Fire Protection |
|  | List the contract number of any government contract | | Dept Ch 10320<br>Palatine, IL 60055 |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | Laparoscopy Towers - Balance $129,560 | |
| --- | --- | --- | --- |
|  | State the term remaining | | Karl Storz Capital |
|  | List the contract number of any government contract | | 1111 Old Eagle School Road<br>Wayne, PA 19087 |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | | |
| --- | --- | --- | --- |
|  | State the term remaining | | Kinney Services Inc. |
|  | List the contract number of any government contract | | 1205 Troy Schenectady Road<br>Suite 106<br>Latham, NY 12110 |

Case 1-19-12342-CLB,    Doc 103,    Filed 11/27/19,    Entered 11/27/19 14:45:51,<br>Description: Main Document  , Page 84 of 115

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Koester Associates Inc.** |
| | | **RR#5, Box 620** |
| | List the contract number of any government contract | **Suite 7 Madison Boulevard** |
| | | **Canastota, NY 13032** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Snowplowing contract** |
|---|---|---|
| | State the term remaining | |
| | | **Lawns Unlimited Landscaping** |
| | List the contract number of any government contract | **2344 Hess Road** |
| | | **Appleton, NY 14008** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | | **Linde LLC** |
| | List the contract number of any government contract | **PO Box 382000** |
| | | **Pittsburgh, PA 15250** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | | **Macro Helix LLC** |
| | List the contract number of any government contract | **PO Box 742256** |
| | | **Atlanta, GA 30374-2256** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | | **Mailfinance** |
| | List the contract number of any government contract | **PO Box 123682** |
| | | **Dallas, TX 75312** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | | **Manna Refrigeration Service Inc.** |
| | List the contract number of any | **33 Franklin Avenue** |
| | | **Lockport, NY 14094** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Mar Cor Purification**<br>**4450 Township Line Road**<br>**PO Box 1429**<br>**Skippack, PA 19474-1429** |
| | List the contract number of any government contract | | |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Secure paging for doctors contract** | |
|---|---|---|---|
| | State the term remaining | | **MaxMD**<br>**2200 Fletcher Avenue, Suite 506**<br>**Fort Lee, NJ 07024-5063** |
| | List the contract number of any government contract | | |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Autoverification system and dashboard contract** | |
|---|---|---|---|
| | State the term remaining | | **McKesson Medical-Surgical Inc.**<br>**8741 Landmark Road**<br>**Henrico, VA 23228** |
| | List the contract number of any government contract | | |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Medtech contract** | |
|---|---|---|---|
| | State the term remaining | | **Medical Information Technology, Inc.**<br>**Meditech Circle**<br>**Westwood, MA 02090** |
| | List the contract number of any government contract | | |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **MedPipe**<br>**102 Freedom Drive**<br>**PO Box 541**<br>**Lawrence, PA 15055** |
| | List the contract number of any government contract | | |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Merry X-Ray Inc.**<br>**133 Industry Drive**<br>**RIDC West**<br>**Pittsburgh, PA 15275** | |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Messer North America** |
| | List the contract number of any government contract | **200 Somerset Corporate Boulevard**<br>**Suite 7000**<br>**Bridgewater, NJ 08807** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Metrodata Inc.** |
| | List the contract number of any government contract | **403 Main Street, Suite 624**<br>**Buffalo, NY 14203** |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Computer software maintenance contract** |
|---|---|---|
| | State the term remaining | **Micro Focus Software Inc.** |
| | List the contract number of any government contract | **PO Box 641025**<br>**Pittsburgh, PA 15264-1025** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Radiology equipment contract** |
|---|---|---|
| | State the term remaining | **Milligray & Associates** |
| | List the contract number of any government contract | **2141 Williston Heights**<br>**Marilla, NY 14102-9717** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Telemetry Monitors (2 North & ICU) - Balance $97,075** |
|---|---|---|
| | State the term remaining | **Mindray DS USA Inc.** |
| | List the contract number of any government contract | **1300 MacArthur Boulevard**<br>**Mahwah, NJ 07430** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Mirion Technologies Inc.** |
| | List the contract number of any government contract | | **PO Box 19536** **Irvine, CA 92623** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Modern Disposal Services, Inc.** |
| | List the contract number of any government contract | | **PO Box 209** **Model City, NY 14107** |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Myco Instrumentation Inc.** **21507 State Route 410E** |
| | List the contract number of any government contract | | **Suite B** **Bonney Lake, WA 98391** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **NCB Medical Coding Specialists Inc.** |
| | List the contract number of any government contract | | **8975 Main Street** **Clarence, NY 14031** |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Residency Program Agreement dated 4/16/2019** | |
|---|---|---|---|
| | State the term remaining | **6/24/2019 - 6/30/2020** | **Niagara Falls Memorial Med Centre** |
| | List the contract number of any government contract | | **621 Tenth Street** **Niagara Falls, NY 14302** |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **IT contract** | |
|---|---|---|---|
| | State the term remaining | | **Nuance Communications** **One Wayside Drive** |
| | List the contract number of any | | **Burlington, MA 01803** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | | government contract | | |
|---|---|---|---|---|

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Radiology equipment contract** | |
|---|---|---|---|
| | State the term remaining | | **NY Imaging**<br>**1 D'Alfonso Road**<br>**Newburgh, NY 12550** |
| | List the contract number of any government contract | | |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | |
|---|---|---|---|
| | State the term remaining | 7/1/2018-6/30/2021 | **NYS Nurses Association**<br>**155 Washington Avenue**<br>**Suite 201**<br>**Albany, NY 12210** |
| | List the contract number of any government contract | | |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **NYSDEC - PBS Unit**<br>**270 Michigan Avenue**<br>**Buffalo, NY 14203-2999** |
| | List the contract number of any government contract | | |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Office Ally**<br>**PO Box 872020**<br>**Vancouver, WA 98687** |
| | List the contract number of any government contract | | |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Prescription drug system contract** | |
|---|---|---|---|
| | State the term remaining | | **Omnicell Inc.**<br>**1201 Charleston Road**<br>**Mountain View, CA 94043** |
| | List the contract number of any government contract | | |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Miscellaneous Equipment - Balance $444,391** | **Pantheon Capital LLC**<br>**Crossroads Corporate Center**<br>**1 International Boulevard, Suite 624**<br>**Mahwah, NJ 07495** |
|---|---|---|---|

Case 1-19-12342-CLB, Doc 103, Filed 11/27/19, Entered 11/27/19 14:45:51, Description: Main Document, Page 89 of 115

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

State the term remaining

List the contract number of any government contract

---

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Miscellaneous Equipment - Balance $62,194** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Pantheon Capital LLC Crossroads Corporate Center 1 International Boulevard, Suite 624 Mahwah, NJ 07495** |
| | List the contract number of any government contract | | |

---

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | | |
| --- | --- | --- | --- |
| | State the term remaining | | **PC Connection Sales Corp. PO Box 536472 Pittsburgh, PA 15253-5906** |
| | List the contract number of any government contract | | |

---

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Check Sealer service contract** | |
| --- | --- | --- | --- |
| | State the term remaining | **6/15/2019-6/14/2020** | **Peak-Ryzex Inc. 10330 Old Columbia Road Columbia, MD 21046** |
| | List the contract number of any government contract | | |

---

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Union Contract** | |
| --- | --- | --- | --- |
| | State the term remaining | **10/1/2013-9/30/2020** | **PEF (SEIU) PO Box 2665 New York, NY 10108** |
| | List the contract number of any government contract | | |

---

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | | |
| --- | --- | --- | --- |
| | State the term remaining | | **Psychemedics Corporation PO Box 4163 Woburn, MA 01888-4163** |
| | List the contract number of any government contract | | |

---

Case 1-19-12342-CLB, Doc 103, Filed 11/27/19, Entered 11/27/19 14:45:51, Description: Main Document , Page 90 of 115



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.90.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Rel Comm Inc.**
**250 Cumberland Street**
**Suite 214**
**Rochester, NY 14605-2801**

---

**2.91.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Relias LLC**
**PO Box 74008620**
**Chicago, IL 60674-8620**

---

**2.92.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Saia Communications Inc.**
**100 Stradtman Street**
**Buffalo, NY 14206**

---

**2.93.** State what the contract or lease is for and the nature of the debtor's interest

**Maintenance contract**

    State the term remaining

    List the contract number of any government contract

**Schlinder Elevator Corp.**
**435 Lawrence Bell Drive**
**Suite 7A**
**Buffalo, NY 14221**

---

**2.94.** State what the contract or lease is for and the nature of the debtor's interest

**Document shredding contract**

    State the term remaining

    List the contract number of any government contract

**Shred-It USA LLC**
**440 Lawrence Bell Drive**
**Suite 2**
**Buffalo, NY 14221**

---

**2.95.** State what the contract or lease is for and the nature of the debtor's interest

**Mammomat Inspiration equipment contract - Balance $149,192**

    State the term remaining

    List the contract number of any

**Siemens Financial Services, Inc.**
**170 Wood Avenue South**
**Iselin, NJ 08830**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| | |

government contract

---

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Ultrasound Acuson S1000 equipment contract - Balance $37,410** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Siemens Financial Services, Inc.**<br>**170 Wood Avenue South**<br>**Iselin, NJ 08830** |

---

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Ultrasound S1000 equipment contract - Balance $37,410** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Siemens Financial Services, Inc.**<br>**170 Wood Avenue South**<br>**Iselin, NJ 08830** |

---

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Ultrasound Acuson S2000 equipment contract - Balance $44,466** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Siemens Financial Services, Inc.**<br>**170 Wood Avenue South**<br>**Iselin, NJ 08830** |

---

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Ultrasound S2000 equipment contract - Balance $42,058** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Siemens Financial Services, Inc.**<br>**170 Wood Avenue South**<br>**Iselin, NJ 08830** |

---

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **SX Vista 500 equipment contract - Balance $59,574** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Siemens Financial Services, Inc.**<br>**170 Wood Avenue South**<br>**Iselin, NJ 08830** |

---

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | | **Siemens Healthcare Diagnostics Inc.**<br>**First Nat. Bank of Chicago**<br>**PO Box 93579**<br>**Chicago, IL 60673-3579** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract

---

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | Lab contract |
|---|---|---|

State the term remaining

List the contract number of any government contract

Siemens Medical Solutions USA Inc.
51 Valley Stream Parkway
Mail Stop K14
Malvern, PA 19355

---

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|

State the term remaining

List the contract number of any government contract

Special Pathogens Laboratory
1401 Forbes Avenue
Suite 401
Pittsburgh, PA 15219

---

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | Bio System contract |
|---|---|---|

State the term remaining

List the contract number of any government contract

Stericycle
3 Expressway Plaza
Suite 110
Roslyn Heights, NY 11577

---

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | Sterilization System contract |
|---|---|---|

State the term remaining

List the contract number of any government contract

Steris Corporation
5960 Heisley Road
Mentor, OH 44060-1834

---

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | Pro Care Stryker equipment contract |
|---|---|---|

State the term remaining

List the contract number of any government contract

Stryker Instruments
2825 Airview Boulevard
Portage, MI 49002

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

**2.107.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Stryker Sales Corp.**
**21343 Network Plaza**
**Chicago, IL 60673-1213**

---

**2.108.** State what the contract or lease is for and the nature of the debtor's interest

**Server maintenance contract**

State the term remaining

List the contract number of any government contract

**Synergy Global Solutions, Inc.**
**7871 Lehigh Crossing Drive, #1**
**Victor, NY 14564**

---

**2.109.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Syracuse Medical Equipment**
**5703 East Taft Road**
**Syracuse, NY 13212**

---

**2.110.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Talksoft Corporation**
**27019 Network Place**
**Chicago, IL 60673-1270**

---

**2.111.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**TB & A Television**
**20 Pineview Drive**
**Buffalo, NY 14228**

---

**2.112.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any

**The Drain Doctor**
**1400 College Avenue**
**Niagara Falls, NY 14305**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Total Scope South LLC**<br>**17 Creek Parkway**<br>**Upper Chichester, PA 19601** |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance contract** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Trane USA Inc.**<br>**PO Box 406469**<br>**Atlanta, GA 30384-6469** |

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Transunion Healthcare Inc.**<br>**33206 Collections Center Drive**<br>**Chicago, IL 60693-0331** |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Trillium Technology Inc.**<br>**317 Division Street, Suite 200**<br>**Ann Arbor, MI 48104-2203** |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Trimedx LLC**<br>**PO Box 636129**<br>**Cincinnati, OH 45263-6129** |

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **Building Control**<br>**Services contract** | **U&S Services, Inc.**<br>**f/k/a SmartEdge**<br>**95 Stark Street**<br>**Tonawanda, NY 14150** |
|---|---|---|---|

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Usherwood Office Technology**<br>**2595 Brighton Henrietta Town Line Road**<br>**Rochester, NY 14623** |

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Verathon Inc.**<br>**PO Box 935117**<br>**Atlanta, GA 31193-5117** |

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Verizon Wireless**<br>**PO Box 408**<br>**Newark, NJ 07101-0408** |

Case 1-19-12342-CLB,    Doc 103,    Filed 11/27/19,    Entered 11/27/19 14:45:51,
Description: Main Document  , Page 96 of 115

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> City _____ State ____ Zip Code ____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> City _____ State ____ Zip Code ____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> City _____ State ____ Zip Code ____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> City _____ State ____ Zip Code ____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name __**Eastern Niagara Hospital, Inc.**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF NY__

Case number (if known) __**1-19-12342-CLB**__

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $148,641,000.00 |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | $191,264,283.00 |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | $183,223,916.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | **Grants, Not Patient Related Income** | $4,238,350.00 |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | **Grants, Not Patient Related Income** | $4,142,161.00 |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | **Grants, Not Patient Related Income** | $5,863,660.00 |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **See attached Exhibit A** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **RAC**<br>**N/A** | **12/20/2018 - DRG Coding Violation Result:<br>Closed/No Findings** | **CMS - Region 1<br>John F. Kennedy Federal Building<br>15 New Sudbury Street, Rooom 2325<br>Boston, MA 02203-0003** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Case 1-19-12342-CLB,    Doc 103,    Filed 11/27/19,    Entered 11/27/19 14:45:51,
Description: Main Document , Page 99 of 115

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **RAC**<br>**N/A** | **2/13/2019 - DRG Coding Violation Result: Closed/No Findings** | **CMS - Region 1**<br>**John F. Kennedy Federal Building**<br>**15 New Sudbury Street, Rooom 2325**<br>**Boston, MA 02203-0003** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. **RAC**<br>**N/A** | **4/26/2019 - DRG Coding Violation Result: Closed/No Findings** | **CMS - Region 1**<br>**John F. Kennedy Federal Building**<br>**15 New Sudbury Street, Suite 2325**<br>**Boston, MA 02203-0003** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. **RAC**<br>**N/A** | **6/26/2019 - DRG Coding Violation Result:  DRG Change** | **CMS - Region 1**<br>**John F. Kennedy Federal Building**<br>**15 New Sudbury Street, Room 2325**<br>**Boston, MA 02203-0003** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. **RAC**<br>**N/A** | **8/23/2019 - DRG Coding Violation Result: Closed/No Findings** | **CMS - Region 1**<br>**John F. Kennedy Federal Building**<br>**15 New Sudbury Street, Room 2325**<br>**Boston, MA 02203-0003** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6.    **N/A** | **7/1/2019 - 2016 Medicaid Institutional Cost Report (ICR) Audit** | **New York State Department of Health**<br>**Empire State Plaza, Corning Tower**<br>**State Street**<br>**Albany, NY 12203** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7.    **N/A** | **7/31/2019 - 2017 Medicaid Institutional Cost Report (ACR) Audit** | **New York State Department of Health**<br>**Empire Plaza, Corning Tower**<br>**State Street**<br>**Albany, NY 12203** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8.    **N/A** | **9/3/2019 - 2017 Wage Index Audit** | **CMS - Region 1**<br>**John F. Kennedy Federal Building**<br>**15 New Sudbury Street, Room 2325**<br>**Boston, MA 02203-0003** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.9.    **N/A** | **9/13/2019 - 2016 Disprorortionate Share Hospital (DSH)** | **New York State Department of Health**<br>**Empire Plaza, Corning Tower**<br>**State Street**<br>**Albany, NY 12203** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case 1-19-12342-CLB,    Doc 103,    Filed 11/27/19,    Entered 11/27/19 14:45:51,
Description: Main Document  , Page 100 of 115

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.10. | **N/A** | **7/17/2019 - IPRO Patient Diagnosis and Treatment** | **IPRO<br>1979 Marcus Avenue<br>Lake Success, NY 11042-1072** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Danny Lee Neal v. Eastern Niagara Hospital, Inc.<br>Claim No. 30711586** | **Medical Malpractice** | **Erie County Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **Judith A. Rowh v. Eastern Niagara Hospital, Inc.<br>Claim No. 30805371** | **Medical Malpractice** | **Niagara County Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **Kylec Eliott King v. Eastern Niagara Hospital, Inc.<br>Claim No. 30809448** | **Medical Malpractice** | **Niagara County Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | **Stacie S. Combs v. Eastern Niagara Hospital, Inc.<br>Claim No. 30917243** | **Medial Malpractice** | **Niagara County Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | **Lee Paul Rosselli v. Eastern Niagara Hospital, Inc.<br>Claim No. 30822002** | **Medical Malpractice** | **Niagara County Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | **Thomas J. Kausner v. Eastern Niagara Hospital, Inc.<br>Claim No. 30842563** | **Medical Malpractice** | **Niagara County Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | **George Ziemendorf v. Eastern Niagara Hospital, Inc.<br>Claim No. 30847125** | **Medical Malpractice** | **Niagara County Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. | **Muriel E. Houghton v. Eastern Niagara Hospital, Inc.<br>Claim No. 30848058** | **Medical Malpractice** | **Niagara County Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | **Richard A. Jepson v. Eastern Niagara Hospital, Inc.<br>Claim No. 30848404** | **General Liability Action** | **Niagara County Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. | **Susan A. Westgate v. Eastern Niagara Hospital, Inc.<br>Claim No. 30857728** | **Medical Malpractice** | **Niagara County Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.21. | **Betty Doxey v. Eastern Niagara Hospital, Inc.<br>Claim No. 30873071** | **Medical Malpractice** | **Niagara County Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.22<br>· | **Linda Frances Vincent v.<br>Eastern Niagara Hospital, Inc.**<br>**Claim No. 30880894** | **Medical<br>Malpractice** | **Niagara County Supreme<br>Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.23<br>· | **Anna Capen v. Eastern<br>Niagara Hospital, Inc.**<br>**Claim No. 30881983** | **Medical<br>Malpractice** | **Niagara County Supreme<br>Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.24<br>· | **Thomas Ackroyd v. Eastern<br>Niagara Hospital, Inc.**<br>**Claim No. 30893756** | **Medical<br>Malpractice** | **Niagara County Supreme<br>Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.25<br>· | **George A. Caraco, Jr. v.<br>Eastern Niagara Hospital**<br>**Claim No. 30901773** | **Medical<br>Malpractice** | **Niagara County Supreme<br>Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.26<br>· | **Suzanne Klein v. Eastern<br>Niagara Hospital, Inc.**<br>**Claim No. 30915138** | **Medical<br>Malpractice** | **Niagara County Supreme<br>Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.27<br>· | **Jeffrey Saraf v. Eastern<br>Niagara Hospital, Inc.**<br>**Claim No. 30918124** | **Medical<br>Malpractice** | **Niagara County Supreme<br>Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.28<br>· | **Gary Neu v. Eastern Niagara<br>Hospital, Inc.**<br>**Claim No. 30920103** | **Medical<br>Malpractice** | **Niagara County Supreme<br>Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.29<br>· | **Krystal Irrobali v. Eastern<br>Niagara Hospital, Inc.**<br>**Claim No. 30920301** | **Medical<br>Malpractice** | **Niagara County Supreme<br>Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.30<br>· | **David August Bambino v.<br>Eastern Niagara Hospital, Inc.**<br>**Claim No. 30921937** | **Medical<br>Malpractice** | **U.S. District Court, WDNY** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.31<br>· | **Kathleen H. Algoe v. Eastern<br>Niagara Hospital, Inc.**<br>**Claim No. 30922125** | **Medical<br>Malpractice** | **Erie County Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.32<br>· | **Giacomo Dipippo v. Eastern<br>Niagara Hospital, Inc.**<br>**Claim No. 30925913** | **Medical<br>Malpractice** | **Erie County Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.33<br>· | **Patrick Zadul v. Eastern<br>Niagara Hospital, Inc.**<br>**Claim No. 30927323** | **Medical<br>Malpractice** | **Niagara County Supreme<br>Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.34<br>· | **Alice M. Enderby v. Eastern<br>Niagara Hospital, Inc.**<br>**Claim No. 30928678** | **Medical<br>Malpractice** | **Niagara County Supreme<br>Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 1-19-12342-CLB,   Doc 103,   Filed 11/27/19,   Entered 11/27/19 14:45:51,<br>Description: Main Document , Page 102 of 115

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.35. | Donald Williamson, Jr. v. Eastern Niagara Hospital, Inc.<br>Claim No. 30933148 | Property Liability Action | Niagara County Supreme Court | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.36. | Victor Fetter v. Eastern Niagara Hospital, Inc.<br>Claim No. 30933156 | Property Liability Action | Niagara County Supreme Court | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.37. | Eric Gajewski v. Eastern Niagara Hospital, Inc.<br>Claim No. 30933180 | Property Liability Action | Niagara County Supreme Court | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.38. | Angela Marillo v. Eastern Niagara Hospital, Inc.<br>Claim No. 30933198 | Property Liability Action | Niagara County Supreme Court | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.39. | Gary Avins v. Eastern Niagara Hospital, Inc.<br>Claim No. 30935615 | Medical Malpractice | Erie County Supreme Court | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.40. | James Kingsley v. Eastern Niagara Hospital, Inc.<br>Claim No. 30553821 | Medical Malpractice | Niagara County Supreme Court | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.41. | Eric Smith v. Eastern Niagara Hospital, Inc.<br>Claim No. 30621876 | Medical Malpractice | Niagara County Supreme Court | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.42. | Barbara Gonzalez v. Eastern Niagara Hospital<br>Claim No. 30630041 | Medical Malpractice | Niagara County Supreme Court | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.43. | Robin Montana v. Eastern Niagara Hospital, Inc.<br>Claim No. 30643193 | Medical Malpractice | Niagara County Supreme Court | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.44. | Cynthia Russell v. Eastern Niagara Hospital, Inc.<br>Claim No. 30739223 | General Liability Action | Niagara County Supreme Court | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.45. | James Truscio v. Eastern Niagara Hospital, Inc.<br>Claim No. 30741195 | Medical Malpractice | Niagara County Supreme Court | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.46. | Marianna Pellicano v. Eastern Niagara Hospital, Inc.<br>Claim No. 30763090 | General Liability Action | Niagara County Supreme Court | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.47. | Rena Rohring v. Eastern Niagara Hospital, Inc.<br>Claim No. 30797619 | Medical Malpractice | Niagara County Supreme Court | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 1-19-12342-CLB,    Doc 103,    Filed 11/27/19,    Entered 11/27/19 14:45:51,
Description: Main Document , Page 103 of 115

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.48. | **Shirley Burrows v. Eastern Niagara Hospital, Inc.**<br>**Claim No. 30805587** | **Medical Malpractice** | **Erie County Supreme Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.49. | **Alaina Mancini v. Eastern Niagara Hospital, Inc.**<br>**Claim No. 30894697** | **Medical Malpractice** | **Niagara County Supreme Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.50. | **Trane US, Inc. v. Eastern Niagara Hospital, Inc.** | **Mechanic's Lien for $57,150.80 filed on 11/15/2019 in the Niagara County Clerk's Office** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<table><tr><td>Part 4:</td><td>Certain Gifts and Charitable Contributions</td></tr></table>

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

<table><tr><td>Part 5:</td><td>Certain Losses</td></tr></table>

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

<table><tr><td>Part 6:</td><td>Certain Payments or Transfers</td></tr></table>

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Case 1-19-12342-CLB,   Doc 103,   Filed 11/27/19,   Entered 11/27/19 14:45:51,
Description: Main Document , Page 104 of 115

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.1.** | | **5/6/2019 $30,000; 5/13/2019 $7,500; 5/28/2019 $42,904.66; 6/3/2019 $42,883.00; 6/11/2019 $42,968.00; 7/29/2019 $43,217.68; 8/13/2019 $44,714.88; 8/13/2019 $44,749.20; 8/13/2019 $43,032.52; 8/21/2019 $42,973.00, and 11/6/2019 $15,762.98** | |
| **Freedmaxick CPAs PC 424 Main Street, Suite 800 Buffalo, NY 14202** | | | **$400,705.92** |
| **Email or website address www.freedmaxick.com** | | | |
| **Who made the payment, if not debtor?** | | | |

| | | | |
|---|---|---|---|
| **11.2.** | | **10/17/2019 $12,096.50; 10/18/2019 $19,844.00; 11/4/2019 $26,567.00; 11/6/2019 $27,650.00; and 11/6/2019 $101,717.00** | |
| **Barclay Damon LLP Barclay Damon Tower 125 East Jefferson Street Syracuse, NY 13202** | | | **$187,874.50** |
| **Email or website address www.barclaydamon.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

### Part 7:  Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

### Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **Eastern Niagara Hospital 521 East Avenue Lockport, NY 14094** | **Medical, Surgical, Psychiatric, Diagnositc** | **35** |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* ■ Electronically ■ Paper |
| 15.2. | **Eastern Niagara Hospital 2600 William Street Newfane, NY 14108** | **Chemical Dependency** | **30** |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** *Check all that apply:* ■ Electronically ☐ Paper |

---

### Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Personal, Financial, Medical**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.

    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Eastern Niagara Hospital, Inc. 403(b) Retirement Plan (Plan #004)** | EIN:  **16-1137084** |

    Has the plan been terminated?

    ■ No

    ☐ Yes

    ☐ No Go to Part 10.

    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Eastern Niagara Hospital, Inc. Fringe and Welfare Benefit Plan (Plan #502)** | EIN:  **16-1137084** |

    Has the plan been terminated?

    ■ No

    ☐ Yes

    ☐ No Go to Part 10.

    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Eastern Niagara Hospital Union Pension Plan (Plan #002)** | EIN:  **16-1137084** |

    Has the plan been terminated?

    ■ No

    ☐ Yes

    ☐ No Go to Part 10.

    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Eastern Niagara Hospital, Inc. Defined Benefit Pension Plan (Plan #001)** | EIN:  **16-1137084** |

    Has the plan been terminated?

    ■ No

    ☐ Yes

    ☐ No Go to Part 10.

    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **1999 SEIU Regional Pension Fund (Plan #001) 1999 SEIU MultiEmployer Plan** | EIN:  **16-1112391** |

    Has the plan been terminated?

    ■ No

    ☐ Yes

    ☐ No Go to Part 10.

    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Eastern Niagara Hospital, Inc. (Plan #002) VALIC Group #08012** | EIN:  **16-1137084** |

    Has the plan been terminated?

    ■ No

☐ Yes

☐ No Go to Part 10.

■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Eastern Niagara Hospital, Inc. (Plan 1284) Lincoln Group #892718+006** | EIN:  **16-1137084** |

Has the plan been terminated?

■ No

☐ Yes

☐ No Go to Part 10.

■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Eastern Niagara Hospital, Inc. - MetLife Group #0836900** | EIN:  **16-1137084** |

Has the plan been terminated?

■ No

☐ Yes

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Northwest Bank 55 East Avenue Lockport, NY 14094** | . | **Unknown** | ☐ No ■ Yes |

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Conjerti Moving Company 4536 Kayner Road Gasport, NY 14067** | . | **Medical Records** | ☐ No ■ Yes |

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ☐ No.
   ■ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **Samantha Donatello v. Eastern Niagara Hospital, Inc. and Timothy Laubacker**<br>**E163921/2018** | **Niagara County Supreme Court** | **Medical Malpractice** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

---

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.1. **Eastern Niagara Services Organization, L** 521 East Avenue Lockport, NY 14094 | **Provides administrative services to the Niagara Regional Surgery Center to include scheduling, board oversight, financial management, and periodic consulting services.** | EIN: **474734880** From-To **1/6/2015 to Present** |
| 25.2. **Eastern Niagara Properties, LLC** 521 East Avenue Lockport, NY 14094 | **Holding company for 5875 South Transit Road property that is leased to Eastern Niagara Hospital, Inc.** | EIN: **45-1557787** From-To **4/4/2011 to Present** |
| 25.3. **Medical Practice of Niagara, P.C.** 521 East Avenue Lockport, NY 14094 | **Onwed by Dr. Donald Slate** | EIN: **81-2609642** From-To **4/14/2016 to Present** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|
| | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Lumsden & McCormick, LLP Cyclorama Building 369 Franklin Street Buffalo, NY 14202** | **1999 to Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. **RBS Citizens, N.A. 250 South Clinton Street Syracuse, NY 13202** | |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Victoria Naeger, Staff Account | 6/30/2019 | 1,482,152 |

| Name and address of the person who has possession of inventory records |
|---|
| Eastern Niagara Hospital, Inc.<br>521 East Avenue<br>Lockport, NY 14094 |

| | | | |
|---|---|---|---|
| 27.2. | Victoria Naeger, Staff Accountant | 12/2018 | 1,482,152 |

| Name and address of the person who has possession of inventory records |
|---|
| Eastern Niagara Hospital, Inc.<br>521 East Avenue<br>Lockport, NY 14094 |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Christopher E. Beney, M.D. | 444 Willow Street<br>Lockport, NY 14094 | Member of the Board of Directors | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James E. Ferington, DDS | 549 Willow Street<br>Lockport, NY 14094 | Member of the Board of Directors | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David E. Godfrey | 4821 Lake Road<br>Burt, NY 14028 | Member of the Board of Directors | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Martin R. Horanburg | 6137 Prospect Street<br>Newfane, NY 14108 | Member of the Board of Directors | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Anne E. McCaffrey | 556 Willow Street<br>Lockport, NY 14094 | Director, President, and Chief Executive Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ann Briody-Petock | 6423 O'Connor Drive<br>Lockport, NY 14094 | Chairman of the Board of Directors<br>9/26/2017 to Present | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Steven Sinclair | 22 Rydalmount Road<br>Lockport, NY 14094 | Member of the Board of Directors<br>9/25/2018 to Present | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| D. Michael Slate, M.D. | 136 McKinley Avenue<br>Buffalo, NY 14217 | Member of the Board of Directors and Medical Director<br>2/21/2019 to Present | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jennifer Stoll | 16 Kingston Circle<br>Lockport, NY 14094 | Member of the Board of Directors and Secretary<br>9/26/2017 to Present | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Margaret Thompson | 4863 East Lake Road<br>Burt, NY 14028 | Member of the Board of Directors | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Janice E. Errick, M.D. | 346 East River Road<br>Grand Island, NY 14072 | Member of the Board of Directors | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Suresh Sofat | 90 North Woodside Lane<br>Buffalo, NY 14221 | Chief of Staff | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David J. DiBacco | | Chief Operating Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Marilyn Militello | | Senior Director of Nursing | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Henry | | Director of Finance | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Laurie Haight | | Quality Assurance Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Patricia Uldrich | | Assistant Administrator for Quaility Assurance | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Carolyn A. Moore | | Director of Community Relations | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Autumn Badillo | | Human Resources Director | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jessica Landers | | Corporate Compliance Director | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Rocco Surace | 6384 O'Connor Drive Lockport, NY 14094 | Chairman of the Board of Directors | 10/2012 to 10/2019 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Anthony W. McKenna | 5525 Lockwood Heights Oakfield, NY 14125 | Member of the Board of Directors | Unknown to 4/30/2019 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Alfred J. Gavazzi | 6943 Ellicott Lockport, NY 14094 | Member of the Board of Directors | Unknown to 4/30/2019 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| F. Michael Scalzo | 4300 East Lake Road Wilson, NY 14172 | Vice-Chairperson of the Board of Directors | Unknown to 4/30/2019 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Muneeb U. Haroon | 6525 Ashford Court East Amherst, NY 14051 | Chief of Staff | 1/2017-12/2018 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Nicholas Varallo | 7369 Rochester Road Lockport, NY 14094 | Medical Director | Unknown to 2/20/2019 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | | | | Independent Contractor that provides child psychological physicals. Relationship ends in 12/2019. |
| | Christopher Beney, M.D. | $693.00/week | | |
| | **Relationship to debtor** | | | |
| 30.2. | **Dr. Donald Slate** | $125/hour, year to date paid $14,906.25 | | **Medical Director** |
| | **Relationship to debtor** Medical Director | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **Eastern Niagara Hospital Union Pension Plan (Plan #002)** | EIN: 16-1137084 |
| **Eastern Niagara Hospital 403(b) Retirement Plan (Plan #004)** | EIN: 16-1137084 |
| **Eastern Niagara Hospital Fringe and Welfare Benefit Plan (Plan #502)** | EIN: 16-1137084 |
| **Eastern Niagara Hospital Inc. Defined Benefits Plan (Plan #001)** | EIN: 16-1137084 |
| **1199 SEIU Regional Pension Fund (Plan #001) 1199 SEIU MultiEmployer Plan** | EIN: 16-1112391 |
| **Eastern Niagara Hospital, Inc. (Plan #002) VALIC Group #08012** | EIN: 16-1137084 |
| **Eastern Niagara Hospital, Inc. (Plan #1284) Lincoln Group #892718+006** | EIN: 16-1137084 |
| **Eastern Niagara Hospital, Inc. - MetLife Group #0836900** | EIN: 16-1137084 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 11/27/19 _____

_Anne E. McCaffrey_                         **Anne E. McCaffrey**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **President & CEO**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes